# CERTIFIED COPY OF RESOLUTION OF THE BOARD OF DIRECTORS OF HOSPITAL DAMAS, INC. AUTHORIZING THE FILING OF PETITION FOR REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, the undersigned, as Assistant Secretary of the Board of Directors of **HOSPITAL DAMAS, INC.**, a non-profit corporation duly and legally organized and existing and in good standing under and by virtue of the Laws of the Commonwealth of Puerto Rico, **CERTIFY**:

That, pursuant to an Action by Unanimous Written Consent of the Board of Directors of Hospital Damas, Inc., dated August 19, 2010, in accordance with Section 4.01(E) of the General Corporation Law of the Commonwealth of Puerto Rico, the following resolutions were unanimously adopted:

"WHEREAS, Hospital Damas, Inc. (the "Corporation"), due to the economic situation prevailing in Puerto Rico, increased operational costs, inequities in the reimbursement to the hospitals in the southern region of Puerto Rico by the insurance companies, inability to negotiate under reasonable terms a collective bargaining agreement with the ULEES, certain labor disputes and other claims, is unable to meet its obligations as they mature;

Now therefore, be it RESOLVED that a Petition in Proceedings under Chapter 11 (Reorganization) of the Bankruptcy Code of the United States of America be filed by the Corporation and that Mr. Mariano McConnie Angel, Chairman of the Board of Directors or Mr. Edwin Sueiro Berrios, Administrator or Mr. Julio Colón Rivera, Chief Financial Officer (CFO), acting individually, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that Mr. Julio Colón Rivera be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf; and

FURTHER RESOLVED, that Charles A. Cuprill, P.S.C., Law Offices, be employed to act as counsel for the Corporation in such bankruptcy proceedings."

**IN TESTIMONY WHEREOF**, I have hereunder set my hand and affixed the Seal of the Corporation, in the City of Ponce, Puerto Rico, on this 19th day of August, 2010.--

(Corporate Seal)



_____
**ANGELES CASTRO VEGA**
Assistant Secretary
Board of Directors