

# HOSPITAL DAMAS, INC.
## UPDATED CASH FLOWS BUDGET
### SIX-MONTH PERIOD ENDING ON MARCH 31, 2011

**HOSPITAL DAMAS**
Proforma Budgeted Income Statement / Cash Flows by Month
6 Months Period

| | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | | | |
| In-Patient | $ 3,915,456 | $ 3,664,927 | $ 3,306,145 | $ 3,463,130 | $ 3,455,362 | $ 3,661,953 | $ 21,466,972 |
| Open Heart Surgeries & Other | 297,500 | 210,150 | 124,600 | 117,150 | 282,000 | 219,400 | 1,250,800 |
| PTCA | 382,500 | 229,500 | 136,000 | 221,000 | 331,500 | 357,000 | 1,657,500 |
| SNF Days | 91,574 | 83,979 | 75,299 | 80,724 | 82,677 | 86,800 | 501,053 |
| Total Inpatient revenues | $ 4,687,030 | $ 4,188,556 | $ 3,642,044 | $ 3,882,004 | $ 4,151,539 | $ 4,325,153 | $ 24,876,325 |
| SURGERIES DSC | $ 217,320 | $ 193,440 | $ 121,600 | $ 145,080 | $ 217,620 | $ 265,980 | $ 1,161,040 |
| HHA per visit | 296,400 | 296,400 | 258,691 | 155,896 | 171,392 | 197,600 | 1,376,379 |
| HHH Infusion | 56,250 | 56,250 | 45,000 | 31,250 | 31,250 | 33,750 | 253,750 |
| Outpatient Other | 1,236,855 | 1,105,756 | 974,722 | 1,025,133 | 1,096,021 | 1,141,681 | 6,580,168 |
| Total Outpatient revenues | $ 1,806,825 | $ 1,651,846 | $ 1,400,013 | $ 1,357,359 | $ 1,516,283 | $ 1,639,011 | $ 9,371,337 |
| **Total Net Patient Revenues** | $ 6,493,854 | $ 5,840,402 | $ 5,042,057 | $ 5,239,363 | $ 5,667,822 | $ 5,964,164 | $ 34,247,662 |
| Other Revenues | 236,394 | 236,394 | 236,397 | 236,394 | 236,394 | 236,394 | 1,418,368 |
| **Total Revenues** | $ 6,730,248 | $ 6,076,796 | $ 5,278,454 | $ 5,475,757 | $ 5,904,216 | $ 6,200,558 | $ 35,666,031 |
| | 89% | 84% | 102% | 100% | 98% | 97% | 95% |
| **Expected Collections** | $ 5,957,136 | $ 5,093,158 | $ 5,371,662 | $ 5,481,395 | $ 5,804,147 | $ 6,002,709 | $ 33,710,206 |
| **Collection Rate** | 96% | 96% | 96% | 94% | 94% | 94% | 95% |
| **Operating Expenses:** | | | | | | | |
| Salaries & Benefits | $ 2,597,964 | $ 2,516,136 | $ 2,634,264 | $ 2,597,964 | $ 2,597,964 | $ 2,597,964 | $ 15,542,256 |
| Supplies | 1,711,925 | 1,571,483 | 1,404,424 | 1,524,312 | 1,560,905 | 1,639,522 | 9,412,570 |
| Professional Services | 528,333 | 528,333 | 528,333 | 528,333 | 528,333 | 528,333 | 3,170,000 |
| Depreciation & Amort. | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 1,200,000 |
| Rental, Repairs & Maintenance | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 900,000 |
| Utilities | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 1,080,000 |
| Provision for Bad Debt, A/R Adjustments, W Off's | 293,113 | 263,639 | 226,791 | 314,362 | 340,069 | 357,850 | 1,795,823 |
| Other expenses | 420,917 | 420,917 | 420,917 | 420,917 | 420,917 | 420,917 | 2,525,500 |
| **Total Operating expenses** | $ 6,082,252 | $ 5,830,507 | $ 5,744,729 | $ 5,915,888 | $ 5,978,188 | $ 6,074,586 | $ 35,626,150 |
| **Operating Income** | $ (125,116) | $ (737,349) | $ (373,067) | $ (434,493) | $ (174,041) | $ (71,877) | $ (1,915,943) |
| Add Back Non Cash Items: | | | | | | | |
| Depreciation & Amort. | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 1,200,000 |
| Legal Prov. Included in Other Expenses | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 500,000 |
| Provision for Bad Debt | 293,113 | 263,639 | 226,791 | 314,362 | 340,069 | 357,850 | 1,795,823 |
| **Non Cash Items** | $ 576,446 | $ 546,972 | $ 510,125 | $ 597,695 | $ 623,403 | $ 641,183 | $ 3,495,823 |
| **Operating Cash Flows / (Cash Flows Deficit)** | $ 451,330 | $ (190,377) | $ 137,058 | $ 163,202 | $ 449,361 | $ 569,306 | $ 1,579,880 |
| Secured Claims - WB (BPPR) Notes and Loans (P&I) | $ (70,490) | $ (70,490) | $ (70,490) | $ (70,490) | $ (70,490) | $ (70,490) | $ (422,939) |
| Secured Claims - WB (BPPR) LOC (P&I) | (18,716) | (18,716) | (18,716) | (18,716) | (18,716) | (18,716) | (112,296) |
| Legal Counselor | - | (35,000) | - | - | - | (35,000) | (70,000) |
| Financial Consultant Fees | - | (20,000) | - | - | - | (20,000) | (40,000) |
| US Trustee Fees | - | (4,875) | - | - | - | (20,000) | (24,875) |
| Banco Popular LOC - Intererts | (16,667) | (16,667) | (16,667) | (16,667) | (16,667) | (16,667) | (100,000) |
| Executory Contracts Infomedika, Inc. | (7,858) | (7,858) | (7,858) | (7,858) | (7,858) | (7,858) | (47,149) |
| Executory Contracts Isla Lab | (8,614) | (8,614) | (8,614) | (8,614) | (8,614) | (8,614) | (51,684) |
| All other Executory Contracts | (26,620) | (26,620) | (26,620) | (26,620) | (26,620) | (26,620) | (159,720) |
| Priority Claims | - | - | - | - | - | - | - |
| Unsecured Claims | - | - | - | - | - | - | - |
| Contingent Liabilties - Priorities | - | - | - | - | - | - | - |
| Contingent Liab. - General Unsecured | - | - | - | - | - | - | - |
| Advances / (Repayments) under line of Credit - BPPR | - | - | - | - | - | - | - |
| Capital Expenditures / Replacements | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (300,000) |
| Cash Balance - Subtotal | $ 252,365 | $ (449,217) | $ (61,907) | $ (35,762) | $ 250,396 | $ 295,341 | $ 251,217 |
| Beg. Cash Balance | 285,000 | 537,365 | 88,148 | 26,241 | (9,521) | 240,875 | 285,000 |
| **End Cash Balance** | $ 537,365 | $ 88,148 | $ 26,241 | $ (9,521) | $ 240,875 | $ 536,217 | $ 536,217 |