UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No. 10-08844 (MCF) |
| HOSPITAL DAMAS, INC., | Chapter: 11 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST
TO BE ADDED TO MASTER LIST**

TO THE HONORABLE BANKRUPTCY COURT:

**Puerto Rico Hospital Supply, Inc.,** by its undersigned counsel, respectfully states and prays:

1. Pursuant to Rule 9010(b), the undersigned law firm hereby notifies its appearance in the above-captioned case as legal counsel for Puerto Rico Hospital Supply, Inc..

2. The appearing creditor wishes to be included in the Master List of Creditors for this case as follows:

>  Puerto Rico Hospital Supply, Inc.
>  c/o Patrick D. O'Neill, Esq.
>  O'Neill & Gilmore, P.S.C.
>  Citibank Towers, Suite 1701
>  252 Ponce de León Ave.
>  San Juan, PR 00918

WHEREFORE, Puerto Rico Hospital Supply respectfully requests this Honorable Court to take note the appearance of the undersigned law firm as its counsel of record, to direct that its address be added to the Master List as indicated

Notice of Appearance and Request to be Added to Master List
Case No. 10-0844

in paragraph 2 above, and to order that all motions, orders, resolutions, Judgments and other dispositive findings, the Disclosure Statement and proposed Chapter 11 Plan of Reorganization, and any amendments thereto, be notified to Puerto Rico Hospital Supply, Inc., through its counsel of record at the address provided above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of September, 2010.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF systems, which in turn will send notification of such filing to all participants registered therein, including debtor's counsel and the Office of the U.S. Trustee, (*Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922*).

**Puerto Rico Hospital Supply, Inc.**
By counsel,

*s/ PATRICK D. O'NEILL- CHEYNEY*
_____
Patrick D. O'Neill-Cheyney
USDC No. 12 82 02

O'NEILL & GILMORE, P.S.C.
Citibank Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
E-mail: pdo@go-law.com
Tel. (787) 620-0670
Fax. (787) 620-0671