IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HOSPITAL DAMAS INC<br><br><br>XXX-XX3310<br><br><br><br>Debtor(s) | CASE NO. 10-08844 MCF<br>Chapter 11<br><br><br><br>FILED & ENTERED ON 09/28/2010 |

ORDER AND NOTICE

A hearing is hereby scheduled for 10/19/2010 at 10:00 A.M. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, Courtroom No. 5, Fifth Floor, Old San Juan, Puerto Rico, to consider the following:

1- Joint motion- Urgent Joint Motion for Entry of Order Authorizing Debtor to Obtain Post petition Senior Secured Financing, Use Cash Collateral, and Provide Adequate Protection.

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 28 day of September, 2010.



Mildred Caban Flores
U. S. Bankruptcy Judge

c: all creditors