**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 10-08844 MCF** |
| **HOSPITAL DAMAS INC** | **Chapter 11** |
| | **FILED & ENTERED ON 09/28/2010** |
| **Debtor(s)** | |

**O R D E R**

A **STATUS CONFERENCE** is hereby scheduled for **12/16/2010 at 09:30 A.M.** before the undersigned, at the **United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, Courtroom No. 5, Fifth Floor, Old San Juan, Puerto Rico**, to further the expeditious and economical resolution of the case. At the Status Conference, counsel for Debtor(s) shall be prepared to:

1. describe the nature of Debtor(s) business;
2. describe the reason for filing the petition;
3. state whether this is a small business case as defined in 11 U.S.C. 101(51C);
4. establish a time-table for filing a disclosure statement and/or plan;
5. give an estimate of all professional fees which are expected to accrue in this case;
6. identify anticipated significant events in the case; and,
7. discuss the need for future status conferences.

The Clerk will give immediate notice of this order to Debtor, its Counsel, the U.S. Trustee and all creditors as per the current master address list.

San Juan, Puerto Rico, this September 28, 2010.

*Mildred Cabán*

**Mildred Caban Flores
U.S. Bankruptcy Judge**

c: ALL CREDITORS
   U.S. TRUSTEE