IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>HOSPITAL DAMAS, INC.<br><br>Debtor | Case No. 10-08844 MCF<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Luis C. Marini-Biaggi, Lourdes A. Arroyo-Portela and the law firm of O'Neill & Borges appear as counsel on behalf of Banco Popular de Puerto Rico ("Banco Popular") Pursuant to Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be given to and served upon the undersigned at the offices and telephone numbers set forth below:

> Luis C. Marini, Esq.
> Lourdes A. Arroyo, Esq.
> O'NEILL & BORGES
> 250 Ave. Muñoz Rivera, Suite 800
> San Juan P.R. 00918-1813
> Tel: 787.764.8181
> Fax: 787.753.8944
> E-mail: luis.marini@oneillborges.com
> E-mail: lourdes.arroyo@oneillborges.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request,

whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of Banco Popular with respect to the captioned debtors or any property or proceeds in which the debtors may claim an interest. <u>Please add the foregoing to such mailing matrix as may be used for all purposes in this case</u>.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this Notice and Request constitutes a "special appearance" and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right Banco Popular expressly reserves without prejudice. Likewise, it is not a waiver of the right to a jury trial, which right Banco Popular expressly reserves.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 30th day of September, 2010.

It is certified that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

O'NEILL & BORGES
*Attorneys for Banco Popular de P.R.*
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR  00918-1813
Telephone: 787-764-8181
Fax: 787-753-8944

/s/ Luis C. Marini
Luis C. Marini
USDC No. 222301


/s/ Lourdes A. Arroyo
Lourdes A. Arroyo
USDC No. 226501

2