UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

HOSPITAL DAMAS, INC.

Debtor

CASE NO. 10-08844(MCF)

CHAPTER 11

MOTION FOR CONTINUANCE OF 11 U.S.C. §341
MEETING OF CREDITORS

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

1. On September 24, 2010, Debtor filed its voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 and as of that date has been managing its affairs and operating its business as a debtor-in-possession, as provided for in 11 U.S.C. §§ 107 and 1108.

2. On September 27, 2010, the Court scheduled the 11 U.S.C. §341 meeting of creditors in this case for November 1, 2010 at 9:00a.m. (Docket No. 9).

3. The undersigned will be in the Republic of China on a pre-arranged business trip with a client during the period of October 31 to November 10, 2010, and at Sacramento, California, before the Board of Pharmacy regarding the licensing of Drogería De La Villa, Inc., during the period of November 15 to 21, 2010.

WHEREFORE, it is respectfully requested that the Court enters an order continuing the 11 U.S.C §341 meeting of creditors for a date after November 29, 2010.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

**Hospital Damas, Inc.**                                                                 **Case No. 10-08844(MCF)**
*Motion for Continuance of 11U.S.C.§341 Meeting of Creditors*                              *Page-2-*

system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

San Juan, Puerto Rico, this 1st day of October, 2010.

> S/CHARLES A. CUPRILL-HERNANDEZ
> USDC-PR 114312
> CHARLES A. CUPRILL, P.C.S. LAW OFFICES
> 356 Fortaleza Street, Second Floor
> San Juan, PR 00901
> Tel.: 787-977-0515
> Fax: 787-977-0518
> E-mail : ccuprill@cuprill.com

Case:10-08844-MCF11 Doc#:27 Filed:10/01/10 Entered:10/01/10 15:30:50 Desc: Main Document    Page 2 of 2

**Hospital Damas, Inc.**                                                                 **Case No. 10-08844(MCF)**
*Motion for Continuance of 11U.S.C.§341 Meeting of Creditors*                              *Page-2-*