UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

HOSPITAL DAMAS, INC.

Debtor

CASE NO. 10- 08844(MCF)

CHAPTER 11

MOTION TO INFORM ABSENCE FROM PUERTO RICO

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and very respectfully informs the Court that the undersigned has a scheduled business trip outside of the United States during the period of October 31 through November 10, 2010, and a hearing in Sacramento, California, before the California Board of Pharmacy regarding the licensing of Droguería De La Villa, Inc. during the period of November 15 to 21, 2010.

WHEREFORE, it is respectfully requested that no matters be scheduled in this case during the period of October 31, 2010 through November 29, 2010.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/ECF.

San Juan, Puerto Rico, this 1st day of October, 2010.

s/ CHARLES A. CUPRILL- HERNÁNDEZ
USDC-PR- 114312
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tels. (787) 977-0515 to 977-0517
Fax. (787) 977-0518
E-Mail: ccuprill@prtc.net