UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                CASE NO. 10-08844 (MCF)

HOSPITAL DAMAS INC.              CHAPTER 11

Debtor

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    COMES NOW, interested party, Dr. Jesús Monasterio, represented by the undersigned attorneys and respectfully pray and alleges:

    1. That DR. JESUS MONASTERIO, is an interested in the above captioned case.

    2. That pursuant to Rule 9010(b), the undersigned law firm hereby notifies its appearance in the above-captioned case.

    3. That the appearing creditor wishes to be included in the Master List of Creditor for this case, as follows:

F. David Godreau-Zayas, Esq.
LATIMER, BIAGGI, RACHID & GODREAU
PO BOX 9022512
SAN JUAN, PUERTO RICO 00902-2512

    **WHEREFORE**, the above named creditor requests from this Honorable Court to note the appearance of the undersigned law firm and orders that it's address be added to the master list as indicated in paragraph 3 above.

    **CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/EMF

    In San Juan, Puerto Rico this 1st day of October, 2010.

/s/ F. DAVID GODREAU
USDC NO. 123207
LATIMER, BIAGGI, RACHID & GODREAU
PO BOX 9022512
SAN JUAN, PR 00902-2512
TEL. (787) 724-0230/FAX. (787) 724-9171