IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HOSPITAL DAMAS INC<br><br><br>XXX-XX3310<br><br><br><br>Debtor(s) | CASE NO. 10-08844 MCF<br>Chapter 11<br><br><br><br>FILED & ENTERED ON<br>10/04/2010 |

### ORDER

The Urgent motion for Expedited Hearing on Motion to Lift Automatic Stay filed by OLGA MALDONADO and JOSUED NARVAEZ MALDONADO (Docket No. 20) is hereby granted. The time to answer the Urgent Motion to Lift Automatic Stay for Jury Trial Scheduled in 20 Days before the U.S. District Court for Puerto Rico (Docket No. 18) is hereby shortened until OCTOBER 15, 2010. The Preliminary hearing and Final Hearing is set for OCTOBER 18, 2010 at 9:30 a.m. Service of the motion for relief of stay and the

corresponding Notice must be made within three (3) days after issuance of this Order. A certificate of service must be filed forthwith but not later than seven (7) days after the service is performed. If the certificate of service is not timely filed, the Court may deny the motion for relief of stay (Docket No. 18) for failure to give notice within three (3) days from its issuance.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of October, 2010.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR(S)
CHARLES ALFRED CUPRILL
RAFAEL E GARCIA RONDON
GERARDO A CARLO-ALTIERI
MARIA SOLEDAD LOZADA FIGUEROA
OLGA MALDONADO
JOSUED NARVAEZ MALDONADO
UST