**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| | * | |
| **HOSPITAL DAMAS, INC.** | * | CASE NO: 10-08844 (MCF) |
| | * | |
| Debtor | * | CHAPTER 11 |
| | * | |

**UNITED STATES TRUSTEE'S NOTICE OF
APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

*TO THE HONORABLE COURT:*

Donald F. Walton, the United States Trustee for Region 21, pursuant to 11 U.S.C. § 307 and § 1102 and 28 U.S.C. § 586(a), respectfully states as follows:

1. On September 24, 2010, the captioned Debtor filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On September 27, 2010, the United States Trustee advised those parties listed as the Debtor's twenty largest unsecured creditors of their eligibility to serve on a committee of unsecured creditors.

3. As of today, the following creditors have stated that they are willing to serve on a committee of unsecured creditors and are hereby appointed to same:

    a.   ***RIMACO, INC.***
           c/o Rafael A. Morell - Operations Manager
           PO Box 8895
           Fernández Junco Station
           San Juan, PR 00910-8895
           Tel: 792-9512
           Fax: 787-782-8310
           Email: rmorell@rimacoinc.com

***NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE***
IN RE HOSPITAL DAMAS, INC.
CASE NO. 10-08844 (MCF)  Page 2 of 4

    b.    ***PUERTO RICO HOSPITAL SUPPLY, INC.***
            c/o Félix Santos - President
            PO Box 158
            Carolina, PR 00986-0158
            Tel: 787-622-5151
            Fax: 787-622-5152
            Email: fsantos@prhospital.com

            and

            c/o Patrick D. O'Neill, Esq.
            O'Neill & Gilmore, P.S.C.
            Suite 1701 Citibank Tower
            252 Ponce de León Ave.
            San Juan, PR 00918
            Tel: 787-620-0670
            Fax: 787-620-0671
            Email: pdo@go-law.com

    c.    ***LABORATORY CORP. OF AMERICA***
            c/o María I. Díaz - Corporate Collections
            Laguna Gardens Shopping Ctr.
            Suite 247
            Carolina, PR 00979
            Tel: 1-877-551-5990 ext. 247
            Fax: 787-791-4487
            Email: diazm5@labcorp.com

            and

            c/o Sergio Ramírez de Arellano, Esq.
            Banco Popular Center
            11th Floor Suite 1133
            209 Muñoz Rivera Ave.
            San Juan, PR 00918-1009
            Tel: 787-765-2988
            Fax: 787-765-2973
            Email: sramirez@sarlaw.com

*NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE*
IN RE HOSPITAL DAMAS, INC.
CASE NO. 10-08844 (MCF) Page 3 of 4

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this same date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| LOURDES ARLENE ARROYO PORTELA | lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com; tere.solo@oneillborges.com |
| CHARLES ALFRED CUPRILL | cacuprill@aol.com, ccuprill@cuprill.com;docket@cuprill.com luis@cpacarrasquillo.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| MARIA LOZADA FIGUEROA | lcdamslozada@gmail.com |
| LUIS C. MARINI BIAGGI | luis.marini@oneillborges.com, docket_clerk@oneillborges.com; rebeca.rodriguez@oneillborges.com; ubaldo.fernandez@oneillborges.com |
| PATRICK D. O'NEILL | pdo@go-law.com |
| SERGIO A. RAMIREZ DE ARELLANO | sramirez@sarlaw.com |
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |

**I DO HEREBY FURTHER CERTIFY** that on this date a true and exact copy of the foregoing was sent by First Class United States mail and email to the three (3) creditors named above; and by First Class United States mail to the Debtor, **Hospital Damas, Inc.**,

***NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE***
IN RE HOSPITAL DAMAS, INC.
CASE NO. 10-08844 (MCF) Page 4 of 4

2213 Ponce By Pass, Ponce, PR 00717; and **Dr. Jesús Monasterio**, c/o F. David Godreau

Zayas, Esq., PO Box 9022512, San Juan, PR 00902-2512.

DATED: October 5, 2010.

    **DONALD F. WALTON**
    United States Trustee for Region 21

    **MONSITA LECAROZ ARRIBAS**
    Assistant United States Trustee

    **OFFICE OF THE UNITED STATES TRUSTEE**
    Edificio Ochoa
    500 Tanca Street, Suite 301
    San Juan, Puerto Rico 00901-1922
    Telephone: (787) 729-7444
    Telecopier: (787) 729-7449

    **(ELECTRONICALLY FILED)**

    By: *s/ Jose Carlos Diaz-Vega*
        Jose Carlos Diaz-Vega
        Trial Attorney
        USDC-PR No. 213607