## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>HOSPITAL DAMAS, INC.<br><br>Debtor | CASE NO.: 10-08844 (MCF)<br><br>Chapter 11 |

### NOTICE OF APPEARANCE OF CREDITOR AND COUNSEL

COMES NOW the appearing creditor, **Infomedika, Inc.**, through the undersigned legal counsel and respectfully STATES and PRAYS:

The appearing creditor will be represented in the above captioned case by the undersigned counsel, and hereby requests that he be served with all notices, orders and pleadings to the following electronic address:

RBaellaSilva@BaellaLaw.com

**WHEREFORE**, the appearing creditor, **Infomedika, Inc.**, respectfully requests this Honorable Court to take notice of the above mentioned.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 5th day of October 2010, date on which I HEREBY CERTIFY that the present document was filed via the CM/ECF System.

S / Rafael Baella-Silva
U.S.D.C. P.R. 124507
Attorney for Creditor - Infomedika, Inc.
2 Vela St.
Esquire Bldg., Suite 102
San Juan, P.R. 00918-3618
Tel. (787) 250-8080 - Fax (787) 281-6006
RBaellaSilva@BaellaLaw.com