**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| | * | |
| **HOSPITAL DAMAS, INC.** | * | CASE NO: 10-08844 (MCF) |
| | * | |
| Debtor | * | CHAPTER 11 |
| | * | |

**UNITED STATES TRUSTEE'S MODIFICATION OF
MEMBERS OF UNSECURED CREDITORS COMMITTEE**

*TO THE HONORABLE COURT:*

Donald F. Walton, the United States Trustee for Region 21, pursuant to 11 U.S.C. § 307 and § 1102 and 28 U.S.C. § 586(a), respectfully states as follows:

1. On October 5, 2010, the United States Trustee filed a *Notice of Appointment of Unsecured Creditors Committee* (Dkt. #34).

2. The United States Trustee respectfully modifies the members of said committee to include and appoint the following creditors:

    a.   ***CIRACET CORP.***
          c/o Oscar Misla Villalba - President
          PO Box 8970
          Ponce, PR 00732-8970
          Tel: 787-848-0185
          Fax: 787-248-1040
          Email: omisla@ciracet.com

    b.   **BORSCHOW HOSPITAL MED. SUP., INC.**
          c/o Damaris Ocasio - Vice-President (Finance)
          Urb. Las Reservas, Calle Guilarte #4
          Caguas, PR 00727
          Tel: 787-625-4320
          Fax: 787-625-4395
          Email: damaris.ocasio@cardinalhealth.com

          and

          c/o Steven J. Sheldon, Esq.
          One Jefferson Road

***MODIFICATION OF MEMBERS OF UNSECURED CREDITORS COMMITTEE***
IN RE HOSPITAL DAMAS, INC.
CASE NO. 10-08844 (MCF)                                                         Page 2 of 3

        Parsippany, NJ 07054-2891
        Tel: 973-966-8236
        Fax: 973-210-8534
        Email: ssheldon@daypitney.com

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this same date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| LOURDES ARLENE ARROYO PORTELA | lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com; tere.solo@oneillborges.com |
| CHARLES ALFRED CUPRILL | cacuprill@aol.com, ccuprill@cuprill.com;docket@cuprill.com luis@cpacarrasquillo.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| MARIA LOZADA FIGUEROA | lcdamslozada@gmail.com |
| LUIS C. MARINI BIAGGI | luis.marini@oneillborges.com, docket_clerk@oneillborges.com; rebeca.rodriguez@oneillborges.com; ubaldo.fernandez@oneillborges.com |
| PATRICK D. O'NEILL | pdo@go-law.com |
| SERGIO A. RAMIREZ DE ARELLANO | sramirez@sarlaw.com |
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |
| JEAN PHILIP GAUTHIER INESTA | jpgauthier@spiderlink.net, jpglaw@live.com |

***MODIFICATION OF MEMBERS OF UNSECURED CREDITORS COMMITTEE***
IN RE HOSPITAL DAMAS, INC.
CASE NO. 10-08844 (MCF) Page 3 of 3

**I DO HEREBY FURTHER CERTIFY** that on this date a true and exact copy of the foregoing was sent by First Class United States mail and email to the creditors named above and to the other members of the Unsecured Creditors Committee; and by First Class United States mail to the Debtor, **Hospital Damas, Inc.**, 2213 Ponce By Pass, Ponce, PR 00717; **Dr. Jesús Monasterio**, c/o F. David Godreau Zayas, Esq., PO Box 9022512, San Juan, PR 00902-2512; and **Infomedika, Inc.**, c/o Rafael Baella Silva, Esq., 2 Vela St., Esquire Building, Suite 102, San Juan, PR 00918-3618.

DATED: October 7, 2010.

**DONALD F. WALTON**
United States Trustee for Region 21

**MONSITA LECAROZ ARRIBAS**
Assistant United States Trustee

**OFFICE OF THE UNITED STATES TRUSTEE**
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

**(ELECTRONICALLY FILED)**

By: *s/ Jose Carlos Diaz-Vega*
    Jose Carlos Diaz-Vega
    Trial Attorney
    USDC-PR No. 213607