UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

HOSPITAL DAMAS, INC.

Debtor

CASE NO. 10-08844 (MCF)

CHAPTER 11

MOTION FOR LIMITATION OF NOTICES

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

1. On September 24, 2010, Debtor filed its voluntary petition for relief under 11 U.S.C. Chapter 11 and as of that date has been managing its affairs and operating its business as a debtor-in-possession, as provided for in 11 U.S.C. §§ 107 and 1108.

2. On October 5, 2010, the United States Trustee appointed a Creditors Committee in this case. (Docket No. 34).

3. Rule 2002 of the Federal Rules of Bankruptcy Procedure provides for required notices to creditors, equity security holders and the United States Trustee.

4. Rule 2002 (i) provides for the notices to also be served to Creditors Committees appointed under section 1102 of the Bankruptcy Code, as in this case, providing as an exception to the general notice requirements of Rule 2002 that the Court "may order that notices required by subdivision (a)(2), (3) and (6)" of Rule 2002 "be transmitted to the United States Trustee and be mailed only to the committees elected under §705 or appointed under §1102 of the Bankruptcy Code or to their authorized agents and to the creditors and equity

_____

security holders who serve on the trustee or debtor-in-possession and file a request that all notices be mailed to them."

5. In this case there are at least 270 creditors, some of which have already appeared by counsel.

6. Having to serve the notices provided for in Rule 2002 (a)(2), (3) and (6) on all creditors, considering their representation by the Creditors Committee, will continue to be onerous, burdensome and unnecessary.

WHEREFORE, it is respectfully requested that an order be entered directing that the notices required by Rule 2002 (a)(2), (3) and (6) be transmitted to the United States Trustee and be mailed only to the Creditors Committee or its authorized agent and to the creditors and equity security holders who serve on Debtor and file a request that all notices be mailed to them.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and to all CM/ECF participants.

San Juan, Puerto Rico, this 7th day of October, 2010.

                                         S/ CHARLES A. CUPRILL-HERNÁNDEZ
                                         USDC-PR 114312
                                         Charles A. Cuprill, P.S.C., Law Offices
                                         356 Fortaleza Street, Second Floor
                                         San Juan, PR 00901
                                         Tel.: 787-977-0515
                                         Fax : 787-977-0518
                                         E-Mail: ccuprill@cuprill.com