IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08844 MCF |
|---|---|
| HOSPITAL DAMAS, INC. | CHAPTER: 11 |
| DEBTORS | |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

NOW COMES creditor Borschow Hospital & Medical Supplies, Inc. represented by undersigned lawyer to state as follows.

That pursuant to the provisions of Rule 9010 (b) of Bankruptcy Procedure, the appearing party notifies that it has retained the legal services of Osvaldo Toledo-Martinez whose address is:

Osvaldo Toledo-Martínez, Esq.
PO Box 190938
San Juan, PR 00919-0938
Tel: (787) 756-6395, Fax: (787) 767-7965
otoledo@prtc.net

WHEREFORE appearing party prays that the Clerk of the court take notice of the appearance of the undersigned lawyer and to notify him of all proceeding in this case, including but not limited to copies of the petition, schedules, motions and statements filed or to be filed in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically files with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor (s) attorney and to US Trustee.

In San Juan, Puerto Rico, on the 8TH day of October, 2010.

S/OSVALDO TOLEDO- MARTINEZ, ESQ
USDC-127905
P.O. BOX 190938
SAN JUAN PR 00919-0938
TEL: (787)756-6395/FAX: (787)767-7965
otoledo@prtc.net