## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

**HOSPITAL DAMAS, INC.**

    Debtor

CASE NO. 10- 08844(MCF)

CHAPTER 11

### MOTION FOR CHANGE OF HOUR OF PRELIMINARY AND FINAL HEARINGS SCHEDULED FOR OCTOBER 18, 2010

**TO THE HONORABLE COURT:**

    COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

    1. The Court has scheduled the preliminary and final hearings on Olga Maldonado and Josued Narvaez Maldonado's URGENT MOTION TO LIFT AUTOMATIC STAY FOR JURY TRIAL SCHEDULED IN 20 DAYS BEFORE THE U.S. DISTRICT COURT FOR PUERTO RICO for October 18, 2010 at 9:30 a.m.

    2. The undersigned counsel has a previously arranged and paid for nonrefundable airfare trip to Pennsylvania with a Monday October 18, 2010, return to Puerto Rico, as to which he has no alternative on the preceding Sunday. He is available at any time during the afternoon of October 18, 2010.

    **WHEREFORE,** it is respectfully requested that the hearing scheduled for October 18, 2010, be re-scheduled for the afternoon of that same day.

    **CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and to all CM/ECF participants.

    San Juan, Puerto Rico, this 12th day of October, 2010.

**Hospital Damas, Inc.**     Case No. 10-08844(MCF)
*Motion for Change of Hour of October 18, 2010 Hearing*     Page -2-

---

       *s/* **CHARLES A. CUPRILL-HERNÁNDEZ**
       **USDC-PR 114312**
       Charles A. Cuprill, P.S.C., Law Offices
       356 Fortaleza Street, Second Floor
       San Juan, PR 00901
       Tel.: 787-977-0515
       Fax : 787-977-0518
       E-Mail: ccuprill@cuprill.com