IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 10-08844(MCF) |
| | * | |
| HOSPITAL DAMAS, INC. | * | |
| DEBTOR | * | CHAPTER 11 |
| ****************************** | | |

## NOTICE OF APPEARANCE

**TO THIS HONORABLE COURT:**

COME NOW creditor Luis Rafael González Colón, through its counsel of record, and respectfully informs, and prays:

**1.** Luis Rafael González Colón has retained the undersigned attorney as its attorney of record.

WHEREFORE it is respectfully requested from the Clerk, and from all parties in interest, to take notice for all future mailings.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Trustee assigned to the case, and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants; all CREDITORS IN THE MASTER MAILING LISTING.

RESPECTFULLY SUBMITTED.

In Mayagüez, Puerto Rico today October 12, 2010.

/S/SANTIAGO MARI ROCA
**SANTIAGO MARI ROCA, ESQ.**
USDC # 201011
BIAGGI BUSQUETS & MARI ROCA
P.O. BOX 1589
MAYAGUEZ, PR 00681-1589
TELEPHONE: 787-831-2200
FAX: 787-265-8004
E-MAIL: smari_roca@yahoo.com