## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| **HOSPITAL DAMAS, INC.,** | ) |
| | ) Case No. 10-08844 (MCF) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, Todd C. Meyers, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Kilpatrick Stockton LLP, with offices at:

| | |
|---|---|
| Address: | 1100 Peachtree Street NE |
| | Suite 2800 |
| | Atlanta, GA 30309 |
| Email: | tmeyers@kilpatrickstockton.com |
| Telephone No.: | (404) 815-6482 |
| Fax No.: | (404) 541-3307 |

2. Applicant will sign all pleadings with the name Todd C. Meyers.

3. Applicant has been retained personally or as a member of the above-named firm by the Official Committee of Unsecured Creditors of the above-captioned Debtor to provide legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court for the District of Puerto Rico.

4. Since 1991, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Georgia. Applicant regularly practices in the federal courts in the State of Georgia. Applicant's Georgia Bar number is 503756.

US2008 1665600.1

5. Applicant has been admitted to practice before the following courts:

   1. State of Georgia
   2. United States District Court for the Northern District of Georgia
   3. United States District Court for the Middle District of Georgia
   4. United States District Court for the Northern District of Illinois

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisriction ( )Tj-23.71 -2.3295TD0 Tc0 Tw(59)

11. Applicant has read the Local Bankruptcy Rules and the USDC Local Rules, and will comply with each.

12. In compliance with USDC Local Rule 83A(f), Applicant acknowledges that he shall pay an admission fee of $150 per appearance in each new case before the Court in which he appears. Accordingly, payment of the *pro hac vice* admission fee in the amount of $150.00 is being made simultaneously herewith in the form of check payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests that this Court grant authorization to Todd C. Meyers to appear *pro hac vice* before this Court.

Dated: October 14, 2010

Todd C. Meyers

/s/ Todd C. Meyers
*Proposed Counsel for the Official
Committee of Unsecured Creditors*

I hereby certify, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Dated: October 14, 2010

Edgardo Muñoz

Edgardo Muñoz
*Proposed Local Counsel for the Official
Committee of Unsecured Creditors*

US2008 1665600.1

I hereby certify that a true and exact copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

                      EDGARDO MUÑOZ

By:   Edgardo Muñoz
Edgardo Muñoz
USDC No. 125713
P.O. Box 360971
San Juan, Puerto Rico 00936-0971
(787) 524-3888 (Telephone)
(787) 524-3888 (Facsimile)

Email: emunoz@emunoz.net

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** ) | |
| ) | Chapter 11 |
| ) | |
| **HOSPITAL DAMAS, INC.,** ) | |
| ) | Case No. 10-08844 (MCF) |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

## ORDER

The Court, having considered the Application for Admission *Pro Hac Vice* of Todd C. Meyers, orders that:

1. The application is GRANTED.

2. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this _____ day of _____, 2010.

MILDRED CABAN FLORES
U.S. BANKRUPTCY JUDGE

CC:   TODD C. MEYERS
      EDGARDO MUÑOZ

US2008 1665600.1