IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| HOSPITAL DAMAS, INC. | Case No. 10-08844 mcf |
| Debtor | Chapter 11 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Comes now creditor Beckman Coulter Puerto Rico, Inc (BCPR), through ITS undersigned attorneys and respectfully states as follows:

1. That the above named creditor is being represented in the above captioned proceedings by the undersigned counsel.

2. Creditor's attorneys request to be added to the master list in order to receive notice of all matters brought before the Court.

WHEREFORE it is respectfully prayed that this Honorable Court grant the above motion and the relief herein requested.

I HEREBY CERTIFY that on this same date I electronically field the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee

In San Juan, Puerto Rico, October 15, 2010.

s/ Jairo Mellado-Villarreal
Jairo Mellado-Villarreal, 208112
E-mail jmellado@mellado.com
s/ Roxana Aquino Segarra, 228011
raquino@mellado.com
Attorneys for Creditor BCPR
MELLADO & MELLADO-VILLARREAL
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico  00917-1233
Tel. 787-767-2600/Fax 787-767-2645