# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| ) | |
| **HOSPITAL DAMAS, INC.,** ) | |
| ) | **Case No. 10-08844 (MCF)** |
| ) | |
| **Debtor.** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 102(1), 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, the Official Committee of Unsecured Creditors of the above-captioned Debtor (the "Committee"), by and through its undersigned proposed counsel, Kilpatrick Stockton LLP, hereby files its appearance herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned, on behalf of the Committee, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, shall henceforth be given to and served upon the undersigned either electronically in conformance with the Court's CM/ECF procedures or at the office, address, and telephone number set forth below:

> Todd C. Meyers, Esq.
> Colin M. Bernardino, Esq.
> Shane G. Ramsey, Esq.
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street NE
> Suite 2800
> Atlanta, Georgia 30309-4530
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555
> Email Address: tmeyers@kilpatrickstockton.com
> cbernardino@kilpatrickstockton.com
> sramsey@kilpatrickstockton.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of any rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceedings or trial so triable herein or in any case, controversy or proceeding relating hereto, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) or any other rights, claims, actions, setoffs or recoupments which may be entitled, in law or in equity. All of these rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate noncore matters, all of which rights are reserved without prejudice.

US2008 1665853.2

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 15th day of October, 2010.

KILPATRICK STOCKTON LLP

By: /s/ Todd C. Meyers
    Todd C. Meyers (*pro hac vice* admission pending)
    Colin M. Bernardino (*pro hac vice* admission pending)
    Shane G. Ramsey (*pro hac vice* admission pending)
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309-4530
    (404) 815-6500 (Telephone)
    (404) 815-6555 (Facsimile)

Email: tmeyers@kilpatrickstockton.com
       cbernardino@kilpatrickstockton.com
       sramsey@kilpatrickstockton.com

-AND-

EDGARDO MUÑOZ, ESQ.

By: /s/ Edgardo Muñoz
    Edgardo Muñoz
    USDC No. 125713
    P.O. Box 360971
    San Juan, Puerto Rico 00936-0971
    (787) 524-3888 (Telephone)
    (787) 524 - 3888 (Facsimile)

Email: emunoz@emunoz.net

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 15th day of October, 2010.

        KILPATRICK STOCKTON LLP

        By:   /s/ Todd C. Meyers
            Todd C. Meyers (*pro hac vice* admission pending)
            1100 Peachtree Street, Suite 2800
            Atlanta, Georgia 30309-4530
            (404) 815-6500 (Telephone)
            (404) 815-6555 (Facsimile)

        Email: tmeyers@kilpatrickstockton.com