UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| ) | |
| **HOSPITAL DAMAS, INC.,** ) | |
| ) | **Case No. 10-08844 (MCF)** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2010, a true and correct copy of the **Provisional Objection of the Official Committee of Unsecured Creditors of Hospital Damas, Inc. to Urgent Joint Motion for Entry of Order Authorizing Debtor to Obtain Postpetition Senior Secured Financing, Use Cash Collateral, and Provide Adequate Protection** was filed with the Clerk of the Court using the CM/ECF system which in turn sent notification of such filing to all interested parties of record.

I further certify that on October 14, 2010, I caused a true and correct copy of the foregoing Objection to be served via electronic mail upon the following parties:

Charles Alfred Cuprill
Charles A Cuprill, PSC Law Office
*Counsel For Debtor*
356 Calle Fortaleza
Second Floor
San Juan, PR 00901

cacuprill@aol.com
ccuprill@cuprill.com

Monsita Lecaroz Arribas
*Office of The Us Trustee (UST)*
Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR 00901

ustpregion21.hr.ecf@usdoj.gov

| | |
|---|---|
| Luis C. Marini Biaggi<br>Lourdes Arlene Arroyo Portela<br>O'Neill & Borges<br>*Counsel for Banco Popular de Puerto Rico*<br>250 Munoz Rivera Ave, Ste 800<br>San Juan, PR 00918-1813<br><br>luis.marini@oneillborges.com<br>lourdes.arroyo@oneillborges.com | Patrick D. O'Neill<br>O'Neill & Gilmore, P.S.C.<br>*Counsel for Puerto Rico Hospital, Supply Inc.*<br>Edif. Citibank Tower<br>252 Ave. Ponce de Leon, Suite 1701<br>San Juan, PR 00918-2019<br><br>pdo@go-law.com |
| Sergio A. Ramirez De Arellano<br>Sergio Ramirez De Arrelano Law Office<br>*Counsel for Lizbeth Vargas, Laboratory Corporation Of America, Joel Luciano Caraballo, and Baudilio Luciano-Ortiz*<br>Banco Popular Center<br>209 Munoz Rivera Avenue, Suite 1133<br>San Juan, PR 00918-1009<br><br>sramirez@sarlaw.com | Rafael Baella Silva<br>Baella & Barceló<br>*Counsel for Infomedika, Inc.*<br>2 Vela St, Suite 102<br>Esquire Bldg<br>San Juan, PR 00918-3618<br><br>rbaellasilva@baellalaw.com |
| Jean Philip Gauthier Inesta<br>Jean Philip Gauthier Law Office<br>*Counsel for Alius, Inc.*<br>1311 Ponce De Leon Avenue, Suite 601<br>San Juan, PR 00907<br><br>jpgauthier@spiderlink.net | Osvaldo Toledo Martinez<br>*Counsel for Borschow Hospital & Medical Supplies Inc*<br>PO Box 190938<br>San Juan, PR 00919-0938<br><br>otoledo@prtc.net |
| Santiago Mari Roca<br>Biaggi Busquet & Mari Roca Law Office<br>*Counsel For Luis Rafael Gonzalez Colon*<br>PO Box 1589<br>Mayaguez, PR 00681-1589<br><br>smari_roca@yahoo.com | |

2

US2008 1665600.1

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 15th day of October, 2010.

KILPATRICK STOCKTON LLP

By: _____
Colin M. Bernardino (*pro hac vice* pending)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

Email: cbernardino@kilpatrickstockton.com

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

US2008 1665600.1