IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>HOSPITAL DAMAS, INC.,<br>Debtor. | Case No. 10-08844<br><br>CHAPTER 11 |

# NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, McConnell Valdés LLC and hereby informs that it will be representing creditor Bio Medical Applications of Puerto Rico in this case. Therefore, it is very respectfully requested that copies of all motions and orders filed or entered in this case be served upon them at the following address:

Antonio A. Arias-Larcada, Esq.
McConnell Valdés LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone No. (787) 250-5604
Telecopier No. (787) 759-2771

WHEREFORE, McConnell Valdés most respectfully requests from this Honorable Court to take notice of the above and to order that copies of all motions, orders or pleadings filed herein be served upon Antonio A. Arias-Larcada.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the all CM/ECF participants.

-2-

Respectfully submitted.

In San Juan, Puerto Rico, this 15th day of October, 2010.

**McCONNELL VALDÉS**
Attorneys for
**McConnell Valdés LLC**
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, PR 00936-4225
Telephone: (787) 250-5604
Fax: (787) 759-2771
aaa@mcvpr.com


By: S/Antonio A. Arias-Larcada
Antonio A. Arias-Larcada
USDC PR No. 204906