IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HOSPITAL DAMAS, INC.,<br><br>      Debtors. | CASE NO.10-08844 (MCF)<br><br>CHAPTER 11 |

## CO-COUNSEL'S NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    COMES NOW, through undersigned counsel, Bio Medical Applications of Puerto Rico ("Bio Medical"), a secured creditor of the Debtor, confirms its appearance herein pursuant to Bankr. R. 9010 (b), and requests that copies of all future notices, pleadings, and all other filings in this case be served upon the undersigned as co-counsel of Antonio A. Arias-Larcada, Esq.; and that the undersigned be added to the Master List maintained by the Clerk.

    RESPECTFULLY SUBMITTED.

    I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

    In San Juan, Puerto Rico, on this 18th day of October, 2010.

**McCONNELL VALDES LLC**
Attorneys for
Bio Medical Applications of Puerto Rico
270 Muñoz Rivera
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Tel. (787) 250-5681
Fax (787) 759-2783

S/ Yarilyn C. Pérez-Colón
Yarilyn C. Pérez-Colón
USDC No. 224514
ycp@mcvpr.com

C:\Documents and Settings\mcvuser\Local Settings\Temp\XPgrpwise\Co Counsel Notice Appearance.wpd