# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 10-08844 (MCF) |
|---|---|
| HOSPITAL DAMAS, INC. | Chapter 11 |
| Debtor | |

**CREDITOR'S (INFOMEDIKA, INC.) OPPOSITION TO APPLICATION FOR EMPLOYMENT AND RETENTION OF KILPATRICK STOCKTON LLP**

TO THE HONORABLE COURT:

COMES NOW creditor, Infomedika, Inc. ("**Infomedika**"), through the undersigned legal counsel, and STATES and PRAYS:

1. On this date, the Official Committee of Unsecured Creditors of the Debtor filed the application for employment and retention of the law firm Kilpatrick Stockton LLP at the following rates per hour to be paid from Debtor's estate:

   | Partners | - | $375.00 - $785.00 |
   | Counsel | - | $310.00 - $725.00 |
   | Associates | - | $175.00 - $465.00 |
   | Paralegals | - | $120.00 - $265.00 |

2. If approved by this Honorable Court, Kilpatrick Stockton would also be requesting Debtor reimbursement of their related actual, necessary and expenses, which would include travel and lodging as this law firm is based in Atlanta, Georgia.

3. Yesterday, Debtor had already filed an initial opposition to said application for employment and retention, which Infomedika hereby adopts *In Toto*. In Puerto Rico there are law firms that could represent the Official Committee of Unsecured Creditors at considerable savings to Debtor's estate.

  4. **The payment of such high legal fees and expenses would deplete Debtor's estate, hindering, thereby, payments to creditors**.

  **WHEREFORE**, the appearing creditor, Infomedika, Inc., requests this Honorable Court to DENY the application of employment filed by Kilpatrick Stockton LLP.

  RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 19th day of October 2010, date on which I CERTIFY that the present document was filed via the CM/ECF System.

S / Rafael Baella-Silva
U.S.D.C. P.R. 124507
Attorney for Creditor - Infomedika, Inc.
2 Vela St.
Esquire Bldg., Suite 102
San Juan, P.R. 00918-3618
Tel. (787) 250-8080 - Fax (787) 281-6006
RBaellaSilva@BaellaLaw.com