```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO


IN RE:                         *    CASE NO.: 10-08844-MCF
                               *
    HOSPITAL DAMAS, INC.       *    CHAPTER: 11
         Debtor(s)             *
-------------------------------*
```

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW, GLORIA L. RIVERA DAVID, represented by the undersigned attorney and respectfully shows and prays as follows:

1. That the above named DEBTOR(S) file a Petition for relief under a Chapter **11** of the Bankruptcy Code.

2. That GLORIA L. RIVERA DAVID is a creditor in the instant case.

3. That the hearing appearing party has retained the undersigned attorney to represent it as counsel.

WHEREFORE, it is respectfully prayed that the undersigned attorney be served directly with copy of all notices, orders, and other pleadings related with this case, and that their names and addresses be entered in to the MASTER ADDRESS LIST.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Notice has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this October 20, 2010.

/s/ JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
**ATTORNEY FOR CREDITORS**
**PO BOX 552**
**AIBONITO, PUERTO RICO  00705**
**TEL.  735-0063**
E-mail: santilawoffice@yahoo.com
**USDPR#:**  127204