**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:

**HOSPITAL DAMAS, INC.**

Debtor

**CASE NO. 10-08844 (MCF)**

**CHAPTER 11**

### SECOND SUPPLEMENT TO CERTIFICATE OF ATTORNEY FOR DEBTOR

**TO THE HONORABLE COURT:**

COMES NOW Charles A. Cuprill, PSC Law Offices by the undersigned counsel and supplements its certificate dated September 27, 2010, as supplemented on October 14, 2010, pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure to add that Sergio A. Ramírez de Arellano, Esq., counsel for creditors *Laboratory Corporation of America*, *Baudilio Luciano Ortíz*, *Joel Luciano Caraballo* and *Lizbeth Vargas*, has requested the undersigned to represent him in a dispute as to the claim of Professional Paralegal Services, Inc. against Mr. Ramírez de Arellano, which the undersigned has agreed to do *pro bono*.

I declare under penalty of perjury that the foregoing is true and correct, as provided in 28 U.S.C §1746.

San Juan, Puerto Rico, this 20th day of October 2010.

*s/* **CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

Case:10-08844-MCF11   Doc#:93   Filed:10/20/10   Entered:10/20/10 14:17:06   Desc: Main
Document   Page 2 of 2

**Hospital Damas, Inc.**                                                                                              **Case No. 10-08844 (MCF)**
*Second Supplement to Certificate of Proposed Attorney for Debtor*                                                    *Page 2*

systems which will send notification of such filing to the Office of the United States Trustee, and all CM/ECF participants.

San Juan, Puerto Rico, this 20th day of October 2010.

*s/* **CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street - Second Floor
San Juan, PR  00901
Tel.:  787-977-0515
Fax:   787-977-0518
E-Mail: ccuprill@cuprill.com