# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | * | |
|---|---|---|
| In re | * | |
| | * | |
| HOSPITAL DAMAS, INC. | * | CASE NO. 10-08844 (MCF) |
| | * | |
| | * | Chapter 11 |
| Debtor | * | |
| | * | |

## NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN

Pursuant to Federal Rule of Bankruptcy Procedure 2007.2(c) and the order directing this appointment entered by this court on August 11, 2010 the United States Trustee hereby appoints as the Patient Care Ombudsman in this case the Puerto Rico State Patient Care Ombudsman:

**Dr. Angel S. Rivera, M.D.**
**Procurador del Paciente**
**Oficina del Procurador del Paciente**
**Ave. Ponce de Leon Pda. 18 #1215**
**San Juan PR 00936**
**arivera@opp.gobierno.pr**
**Tel (787) 977-0909**
**Fax (787) 977-0229**

Section 333 of the Bankruptcy Code provides that the Patient Care Ombudsman shall:

(1) monitor the quality of patient care provided to patients of the debtor, to the extent necessary under the circumstances, including interviewing patients and physicians;

(2) not later than 60 days after the date of this appointment, and not less frequently than at 60 day intervals thereafter, report to the court after notice to the parties in interest, at a hearing or in writing, regarding the quality of patient care provided to patients of the debtor; and

(3) if he determines that the quality of patient care provided to patients of the debtor is declining significantly or is otherwise being materially compromised, file with the court a motion or a written report, with notice to the parties in interest immediately upon making such determination; and

(4) shall maintain any information obtained under section 333 of the Bankruptcy Code that relates to patients (including information relating to patient records) as confidential information; and

(5) he may review patient records under the faculties allowed his pursuant to state law as an oversight agency, and as expressly excepted by 11 U.S.C. 333(c)(2), limited to any confidentiality requirements as imposed therein.

(6) Notice is hereby given that in his capacity as the patient care Patient Care Ombudsman in this case, the Puerto Rico State Patient Ombudsman is expressly permitted to delegate any of his duties and responsibilities, save and except for his reporting obligations as set forth in Section 333 (b) (2) of the Bankruptcy Code, to his staff. Upon appropriate delegation of authority, all such individuals may act on behalf of the Patient Care Ombudsman in this case.

(7) If for any reason Dr. Angel Rivera should be replaced as the Puerto Rico Patient Care Ombudsman, his duly appointed successor shall be substituted as the Patient Care Ombudsman in this case without the necessity for further notice.

(8) Dr. Angel Rivera may resign his position as Patient Care Ombudsman in

this case for any reason upon twenty (20) days written notice to the United States Trustee, said notice to be delivered to the United States Trustee via overnight mail delivery or certified mail at the following address:

Office of the United States Trustee
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

A copy of any such notice shall also be transmitted to the Clerk of the Bankruptcy Court for filing and docketing in this case.

**RESPECTFULLY SUBMITTED.**

**I DO HEREBY CERTIFY** that on this same date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- ANTONIO A ARIAS LARCADA aaa@mcvpr.com, mb@mcvpr.com
- LOURDES ARLENE ARROYO PORTELA lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com;tere.solo@oneillborges.com
- RAFAEL BAELLA SILVA rbaellasilva@baellalaw.com
- SOLYMAR CASTILLO MORALES scastillo@gaclaw.com, scmorales@castillolawpr.com
- LUCAS A CORDOVA AYUSO lcordova@go-law.com, cordovalucas@yahoo.com
- CHARLES ALFRED CUPRILL cacuprill@aol.com, ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com
- JEAN PHILIP GAUTHIER INESTA jpgauthier@spiderlink.net, jpglaw@live.com
- MARIA SOLEDAD LOZADA FIGUEROA lcdamslozada@gmail.com
- SANTIAGO MARI ROCA smari_roca@yahoo.com
- LUIS C. MARINI BIAGGI luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com;ubaldo.fernandez@oneillborges.com
- JAIRO MELLADO VILLARREAL jmellado@mellado.com

TODD C MEYERS tmeyers@kilpatrickstockton.com,
    cbernardino@kilpatrickstockton.com;sramsey@kilpatrickstockton.com;mwilliams@kilpatrickstockton.com;lcanty@kilpatrickstockton.com

EDGARDO MUNOZ emunoz@emunoz.net, emunoz2@gmail.com;gcruz111@yahoo.com

PATRICK D. O'NEILL pdo@go-law.com

YARILYN C PEREZ COLON ycp@mcvpr.com, ycp@mcvpr.com,cg@mcvpr.com

SERGIO A. RAMIREZ DE ARELLANO sramirez@sarlaw.com

JOSE A SANCHEZ GIRONA jose.sanchez@saldanalaw.com,
    maricarmen.fresneda@saldanalaw.com

JOSE ANGEL SANTINI BONILLA santilawoffice@yahoo.com

OSVALDO TOLEDO MARTINEZ otoledo@prtc.net

**I DO HEREBY FURTHER CERTIFY** that on this date a true and exact copy of the foregoing was mailed by First Class U.S. mail to the Debtor(s), his attorney, and to **Dr. Angel Rivera, M.D., Procurador del Paciente, Oficina del Procurador del Paciente, Ave Ponce de Leon Pda. 18 #1215 San Juan PR 00936, by email to arivera@opp.gobierno.pr and personally.**

DATED: _____October 25, 2010._____.

                DONALD F. WALTON
                Acting United States Trustee for Region 21

                MONSITA LECAROZ ARRIBAS
                Assistant United States Trustee

            OFFICE OF THE UNITED STATES TRUSTEE
                Edificio Ochoa
                500 Tanca Street, Suite 301
                San Juan, Puerto Rico 00901-1922
                Telephone: (787) 729-7444
                Telecopier: (787) 729-7449

                **(ELECTRONICALLY FILED)**

                By:___*s/ Monsita Lecaroz Arribas*_____
                    Monsita Lecaroz Arribas
                    Assistant U.S. Trustee
                    USDC-PR # 207707