IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HOSPITAL DAMAS INC

XXX-XX3310

Debtor(s)

CASE NO. 10-08844 MCF
Chapter 11

FILED & ENTERED ON 10/25/2010

### ORDER TO ASSUME OR REJECT LEASE

Upon INFOMEDIKA, INC's motion requesting assumption or rejection of executory contract (docket entry #87), it is now

ORDERED that the debtor(s) moves for assumption or rejection of said contract within thirty (30) days from entry hereof. Should debtor(s) elect to assume the contract, the motion shall state a proposal on the curing of any default, and shall set forth the form and manner in which adequate assurance of future performance will be given to the non-debtor party to the agreement. Upon debtor's failure to timely reply, the contract shall be deem rejected and the property returned forthwith to INFOMEDIKA, INC.

San Juan, Puerto Rico, this 25 day of October, 2010.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR(S)
CHARLES ALFRED CUPRILL
INFOMEDIKA, INC
UST
F/UP