```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| In Re:<br><br>    HOSPITAL DAMAS, INC.,<br><br>        Debtor | CASE NO. 10-08844 (MCF)<br><br>Chapter:11 |

**NOTICE OF APPEARANCE, REQUEST TO BE ADDED TO MASTER LIST AND REQUEST TO BE NOTIFIED**

**TO THE HONORALBE COURT:**

Come now Elizabeth Espada by her, Benjamín Díaz Malavé by him, both by representation of minors JBDE and BDE; JBDE by him, BDE by him, the conjugal partnership composed by Elizabeth Espada and Benjamín Díaz Malavé; and Carmen Mateo Pabón through their undersigned attorney and respectfully state and follow:

1. The appearing parties have asked the undersigned to represent them in the instant proceeding. Hence, they request to be notified through their undersigned attorney of all proceedings in this case and to be included in the master list of creditor.

**WHEREFORE:** very respectfully requests that the Honorable Court take notice of this; to be added all the appearing parties to the master list; and that they be notified through the undersigned attorney of all proceedings in the case.

**I HEREBY CERTIFY:** that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system.  This electronic system will send a notification of this motion to all parties of record.

  In San Juan, Puerto Rico, this 29 of October, 2010.

             s/Glenn Carl James
             GLENN CARL JAMES
             USDC-PR   207,706
             JAMES LAW OFFICES
             PMB 501, 1353 Luis Vigoreaux Ave.
             Guaynabo, PR 00966-2700
             Tel.: (787)763-2888
             Fax: (787)763-2881
             E-mail
             jameslawoffices@centennial.net