# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### *Hearing Information:*

**Debtor**: HOSPITAL DAMAS INC
**Case Number**: 10-08844-MCF11          **Chapter:** 11
**Date / Time / Room**: 11/23/2010 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: YOLANDA DIAZ
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### *Matter:*

MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY RUSELL RODRIGUEZ-PEREZ, SUCESION ALBA MARTA RODRIGUEZ PEREZ, CARLOS ALBERTO RODRIGUEZ-PEREZ, ALTAMIRA RODRGUEZ-PREZ, JOSE IVN SNCHEZ-RODRGUEZ, NITZA E. SNCHEZ-RODRGUEZ, ALMA ESTELA SANCHEZ-RODRGUEZ, SONIA HODGE (#128)
MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY MILDRED MAGE (#130)
DEBTOR'S ANSWER (#159) (#160)

### *Appearances:*

MYRNA L. RUIZ OLMO
MANUEL SAN JUAN
COLLIN M BERNARDINO (TELEPHONE APPEARANCE)
EDGARDO MUNOZ

### *Proceedings:*

**ORDER:**

**After hearing the arguments of the parties, the court will modify the stay to allow the movants in docket 128 and 130 to proceed with their litigation in the appropriate forum up to judgment. The movants are not allowed to execute any judgment that may be rendered in their favor in the tribunal.**

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge