IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HOSPITAL DAMAS, INC.<br><br>DEBTOR. | CASE NO.10-08844 (MCF)<br><br>CHAPTER 11 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW, McConnell Valdés LLC and hereby informs that it will be representing St. Jude Medical ("St. Jude"), a creditor of the Debtor in this case. Therefore, it is very respectfully requested that copies of all motions and orders filed or entered in this case be served upon them at the following address:

> Yarilyn C. Pérez-Colón, Esq.
> McConnell Valdés LLC
> P.O. Box 364225
> San Juan, Puerto Rico 00936-4225
> Telephone No. (787) 250-5681
> Telecopier No. (787) 759-2783

WHEREFORE, McConnell Valdés LLC most respectfully requests from this Honorable Court to take notice of the above and to order that copies of all motions, orders or pleadings filed herein be served upon Yarilyn C. Pérez-Colón.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all interested parties in record.

-2-

In San Juan, Puerto Rico, this 6th day of December, 2010.

**McCONNELL VALDÉS LLC**
Attorneys for
St. Jude Medical
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, PR 00936-4225
Telephone: (787) 250-5681
Fax: (787) 759-2783
www.mcvpr.com


By: S/Yarilyn C. Pérez-Colón
Yarilyn C. Pérez-Colón
USDC PR No. 224514
ycp@mcvpr.com