UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor**: HOSPITAL DAMAS INC
**Case Number**: 10-08844-MCF11                    **Chapter:** 11
**Date / Time / Room**: 12/16/2010 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: YOLANDA DIAZ CORTES
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

STATUS CONFERENCE CH 11 CASE

### Appearances:

CHARLES ALFRED CUPRILL
JOSE DIAZ, US TRUSTEE
PATRICK D. ONEILL
COLIN BERNARDINO
EDGARDO MUNOZ

### Proceedings:

Small Business:     __No_____     Nature of Business:   Health   (Hospital)

Reasons filing bankruptcy: _X____Cash flow problem _____Stop an eviction process _____Stop an execution of a Judgment

Time table to file Disclosure Statement and the Plan :   **1/24/2011**

Hearing on Disclosure Statement and/or Confirmation of Plan set for:   **2/24/2011 at 9:30 a.m**.

Estimated professional fees: **Between $450,000 and $500,000**

Anticipated significant event: **Reconciliation of the creditor's claim and the executory contracts**

Need for future status conference: Yes ____ No __X__ Rescheduled for: _____

New 341 meeting scheduled for: _____N/A_____

Application for employment of professional: **Pending approval**

Other: **Debtor's Emergency Motion for the Utilization of Accrued Priority Employees' Vacation and Sick Leave (docket #227) is granted unless we received an objection within five (5) days. If no timely objection, it will be final**.

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Judge