IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re:                          | Case No. 10-8844 MCF |
|---------------------------------|----------------------|
| HOSPITAL DAMAS, INC.<br>Debtor  | Chapter 11           |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g)

**TO THE HONORABLE COURT:**

**COMES NOW** creditor ROSA M. RIVERA ROSARIO through the undersigned attorney, and states that the appearing party is represented by the undersigned counsel in all judicial proceedings regarding the instant case.

**WHEREFORE**, the appearing party respectfully requests, pursuant to Fed. R. Bankr. P. 2002 and 9007 and sections 102(1), 342, and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq, that all notices given or required to be given and all papers served or required to be served to her in the instant case be also given to and served on the undersigned attorney.

**RESPECTFULLY SUBMITTED**

In Guayama, Puerto Rico, this 23rd day of December, 2010.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915, Guayama, Puerto Rico 00785
Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com