IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HOSPITAL DAMAS INC

XXX-XX3310

Debtor(s)

CASE NO. 10-08844 MCF

Chapter 11

FILED & ENTERED ON 01/05/2011

ORDER AND NOTICE

A hearing is hereby scheduled for 02/10/2011 at 09:30 A.M. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, Courtroom 5, Fifth Floor, Old San Juan, Puerto Rico, to consider the following:

1- Application to employ Financial Advisor to Official Committee of Unsecured Creditors, J.H. Cohn LLP filed by the Official Committee of Unsecured Creditors (docket #211)

2- Motion submitting document: Supplement to application for approval of retention of J.H. Cohn LLP as Financial Advisors filed by the Official Committee of unsecured creditors (docket #239)

3- Objection to application for approval of retention of J.H. Cohn LLP as supplemented filed by debtor (docket #257)

4- Objection to application for approval of retention of Financial Advisor filed by Banco Popular de Puerto Rico (docket #262)

5- Response to Reservation of rights and response of the Official committee of unsecured creditors to first application for interim compensation filed by the official committee of unsecured creditors (docket #267)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 05 day of January, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

c: All creditors