# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Hospital Damas, Inc.<br><br>Debtor | CASE NO. : 10-08844 (BKT)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

COMES NOW the National Labor Relations Board, Region 24, a creditor in the above entitled bankruptcy case, and very respectfully alleges and prays:

1. That pursuant to Rule 83.1(e) of the applicable Local Rules, the appearing party notifies that the undersigned attorneys will be representing it in the above captioned-case.

2. The undersigned requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor, or any other party in the case, be sent to the address of the undersigned and that the undersigned be added to the Court's Matrix/Master Mailing list and/or CM/ECF System Address List.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico this 11th day of January 2011.

**NATIONAL LABOR RELATIONS BOARD**

By: /s/ Isis M. Meléndez
Isis M. Ramos Melendez, Esq.
Government Attorney No. G 00617
National Labor Relations Board
La Torre de Plaza, Suite 1002
San Juan, P.R. 00918-1002
Telephone: (787) 766-5347
Facsimile: (787) 766-5478
isis.ramos-melendez@nlrb.gov

/s/ Lourdes Vanessa Garcia
Lourdes Vanessa García, Esq.
Government Attorney
National Labor Relations Board
Region 24
La Torre de Plaza, Suite 1002
San Juan, P.R. 00918-1002
Telephone: (787) 766-5347
Facsimile: (787) 766-5478
vanessa.garcia@nlrb.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the Assistant U.S. Trustee and all participants of CM/ECF.

By: /s/ Isis M. Ramos-Meléndez
Isis M. Ramos Melendez, Esq.
Goverment Attorney No.: G00617
National Labor Relations Board
Region 24
La Torre de Plaza, Suite 1002
San Juan, P.R. 00918-1002
Telephone: (787) 766-5347
Facsimile: (787) 766-5478
isis.ramos-melendez@nlrb.gov

H:\R24COM\C CASES\BANKRUPTCY\LITIGATIONS HOLD BANKRUPTCY\DAMAS\MOT.24-CA-11124.NOA.DOC