UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** HOSPITAL DAMAS INC
**Case Number:** 10-08844-MCF11  **Chapter:** 11
**Date / Time / Room:** 1/18/2011 2:30 PM
**Bankruptcy Judge:** MILDRED CABAN FLORES
**Courtroom Clerk:** MILAGROS IRIZARRY
**Reporter / ECR:** CARLOS APONTE

## Matter:

MOTION FOR RELIEF OF STAY UNDER §362 FILED BY CARMEN MATEO PABON (#236)
DEBTOR'S ANSWER (#266)
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE (#268)

APPLICATION TO EMPLOY FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, J.H. COHN LLP ( #211)
MOTION SUBMITTING DOCUMENT: SUPPLEMENT TO APPLICATION FOR APPROVAL OF RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR (#239)
OBJECTION TO APPLICATION FOR APPROVAL OF RETENTION OF J.H. COHN LLP FILED BY DEBTOR (#257)
OBJECTION FOR APPROVAL OF RETENTION OF FINANCIAL ADVISOR FILED BY BANCO POPULAR DE PUERTO RICO (#262)
DEBTOR'S ATTORNEY APPLICATION FOR COMPENSATION (#223)
RESERVATION OF RIGHTS AND RESPONSE TO ATTORNEY FOR DEBTOR'S FIRST APPLICATION FOR INTERIM COMPENSATION FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (#267)

## Appearances:

GLENN C JAMES - Movant - Conjugal Partnership Díaz-Espada, Carmen Mateo Pabón
COLIN M. BERNARDINO - Official Committee of UC, Citibank
LOURDES ARROYO - BPPR
LUIS MARINI - BPPR
PATRICK O'NEILL - PR Hospital Supply, Inc.
CHARLES ALFRED CUPRILL- Debtor
JOSE DIAZ VEGA  - US Trustee
EDGARDO MUÑOZ - UCC (Local Counsel)
MIRNA RUIZ OLMO - Debtor
SERGIO RAMIREZ DE ARELLANO - Laboratory Corporation of America
JAIME RICO MUÑOZ (for Osvaldo Toledo)

## Minutes of Proceedings:

### I. Motion for Relief of Stay (dkt. #236)

### ORDER

The motion requesting a modification of the automatic stay is granted up and until judgment. The movants are barred from executing any judgment against the Debtor. As to the issue of whether the malpractice fund is part of the estate, we will not decide that issue in this proceeding. The movant is therefore barred from attaching those funds until that issue is resolved. The court clarifies that the automatic stay does not apply to non-debtor defendants in the action.

### II. Application to Employ Financial Advisor to Official Committee of Unsecured Creditors, J.H. Cohn LLP (dkt. #211)

### ORDER

After hearing the parties arguments and reading the documents on the issue of the Application to Employ the Financial Advisor by the Committee (#211) the application is DENIED WITHOUT PREJUDICE.

The Committee may file a new application under §328 (a) demonstrating reasonableness of the terms and conditions to the prevailing case law in this District or the Committee may submit a new application under §330. The Court orders a transcript of this proceeding.

### III. *Debtor's Attorney Application for Compensation (#223) and the Official Committee of Unsecured Creditors Reservation of Rights (dkt #267)*

**ORDER**

Debtor's Attorney Application for Compensation (#223) is GRANTED.

/S/MILDRED CABAN FLORES
U.S. BANKRUPTCY JUDGE