**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | CASE NO. 10-08844-MCF |
|---|---|
| HOSPITAL DAMAS, INC. | CHAPTER 11 |
| Debtor(s) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

Comes now PARRA, DEL VALLE & LIMERES., through its undersigned counsel and very respectfully states and prays:

1. PARRA, DEL VALLE & LIMERES, an unsecured creditor herein, has engaged the services of Carlos G. Batista Jiménez, to represent it in the instant case.

2. PARRA, DEL VALLE & LIMERES, requests that all notices and documents be forwarded to the undersigned's law offices at the following address:

CARLOS G. BATISTA-JIMÉNEZ, ESQ.
P.O. Box 331429
Ponce, Puerto Rico 00733-1429
Tel. (787) 848-4900
Fax (787) 848-5005
Email: cbatista@pdvl.com

WHEREFORE, it is respectfully prayed that this Court takes notice of the above, and that the undersigned law offices be included in the Electronic Mail Notice List.

CERTIFICATE OF SERVICE: I hereby certify that <u>on this same date</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Monsita Lecaroz Arribas, Esq., ustpregion21.hr.ecf@usdoj.gov; Colin M. Bernardino, Official Committee of Unsecured

CASE NO. 10-08844-MCF 11 -2-

Creditors, cbernardino@kilpatrickstockton.com and Charles Alfred Cuprill, Esq., Debtor's Attorney, cacuprill@cuprill.com.

Ponce, Puerto Rico, this 27th day of January, 2011.

> s/ Carlos G. Batista Jiménez
> Carlos G. Batista-Jiménez
> USDC-PR 206711
> Attorneys for Movant
> PO Box 331429
> Ponce, Puerto Rico 00733-1429
> Tel. (787) 848-4900
> Fax (787) 848-5005
> Email: cbatista@pdvl.com