**UNITED STATES BANKCRUPCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 10-08844(MCF) |
| HOSPITAL DAMAS, INC. | CHAPTER 11 |
| Debtor. | |

**NOTICE OF APPEARANCE**

**COME NOW** Lisbeth M. Alvarado-Colon, Edward J. Perez-Morales, through the undersigned attorneys and very respectfully **STATE** and **PRAY**:

1. The appearing parties have retained the subscribing counsel to represent them in the above referenced case. This same day the appearing parties have submitted a Proof Of Claim.

2. The appearing parties very respectfully requests this Honorable Court to notify the subscribing counsel of all orders and judgments entered.

**WHEREFORE**, it is respectfully requested of this Honorable Court that all orders and judgments in this case are notified to the undersigned counsel.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, this 27th of January of 2011.

s/JAVIER J. MENDEZ RODRIGUEZ
USDC NO. 225212
**HERNANDEZ COLON & VIDAL, S.R.L.**
Attorneys for Plaintiffs
Sol St. Num. 1—Ponce, PR  00730
PO Box 331041—Ponce, PR  00733-1041
Tel. (787) 840-8787/8750
Fax. (787) 840-8741
javiermr@hernandezcolon-vidal.com