## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-08844 (MCF) |
| HOSPITAL DAMAS, INC.<br>Debtor | CHAPTER 11 |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** creditor DEYA ELEVATOR SERVICE, INC. (hereinafter "DEYA") represented by the undersigned attorney and respectfully sets forth and prays as follows:

1. Pursuant to the provisions of Rule 9010(b) of the Rules of Bankruptcy Procedure, we hereby notify that the services of the undersigned law firm were retained.

**WHEREFORE**, the appearing party requests this Honorable Court to take notice of this appearance and to notify the undersigned attorney of all orders, judgments and resolutions entered and filed in the above captioned case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of January, 2011.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing document was filed with the Clerk through the Court's CM/ECF system; which will send notification of such filing to Debtor's attorney, the U.S. Trustee and to all CM/ECF participants in this case.

OCASIO ROBLES LAW OFFICES
*Attorneys for Creditor, DEYA*
Villa Nevares Professional Center
Suite 105
San Juan, Puerto Rico 00927
Tel: (787) 296-1331    Fax: (787) 294-1331

*/s/ José A. Ocasio Robles*
USDC-PR #216902
E-mail: jaocasio@robleslawpr.com