EXHIBIT A

**HOSPITAL DAMAS INC.**
Case No. 10-08844
Analysis of Rates of PR Based Certified Public Accounting Firms
  with Experience in Restructuring Advisory Services and Health Care

| Staff | Standard Billing Rates (Per Hour) | | | | | | | | J.H. Cohn, LLP |
|---|---|---|---|---|---|---|---|---|---|
| | FPV & Galindez CPAs, PSC | Monge Robertin & Asociados, Inc. | Parissi, P. S. C. | LLM & D | Rodriguez & Espada, CPA | Irizarry, Rodriguez & Co., PSC | PKF, LLP | Average | |
| | Exhibit B | Unavailable | Exhibit C | Exhibit D | Exhibit E | Exhibit F | Exhibit G | | |
| Partner | $ 180.00 | $ 200.00 | $ 200.00 | $ 160.00 | $ 100.00 | $ 185.00 | $150.00-$175.00 | $ 197.92 | $550.00-$720.00 |
| Director/Manager | $ 140.00 | $ 125.00 | $ 125.00 | $ 115.00 | N/A | $ 95.00 | $100.00-$125.00 | $ 120.00 | $460.00-$550.00 |
| Seniors | $ 125.00 | $ 125.00 | $ 100.00 | $ 105.00 | $ 75.00 | N/A | $75.00-$85.00 | $ 106.00 | $185.00-$360.00 |
| Staff | $ 85.00 | $ 65.00 | $ 85.00 | $ 60.00 | $ 50.00 | $ 50.00 | $60.00-$65.00 | $ 65.83 | $185.00-$360.00 |
| Para Professionals | $ 75.00 | $ 35.00 | $ 25.00 | $ 47.00 | N/A | N/A | $30.00-$40.00 | $ 45.50 | $155.00-$175.00 |