**EXHIBIT H**

**HOSPITAL DAMAS INC.**

**Case No. 10-08844**

**Analysis of Rates of US Based Certified Public Accounting Firms**

**with Experience in Restructuring Advisory Services and Health Care**

| Standard Billing Rates (Per Hour) | | | | | | |
|---|---|---|---|---|---|---|
| **Staff** | **Day Seckler, LLP** | **Bederson & Company, LLP** | **Marotta Gund Budd & Dzera, LLC** | **Average** | | **J.H. Cohn, LLP** |
| | **Exhibit I** | **Exhibit J** | **Exhibit K** | | | |
| Partner | $395.00 | $335.00-$550.00 | $500.00-$650.00 | $ 470.83 | | $550.00-$720.00 |
| Director/Manager | $ 295.00 | $295.00-$300.00 | $375.00-$475.00 | $ 339.17 | | $460.00-$550.00 |
| Seniors | $ 295.00 | $ 225.00 | $275-$350.00 | $ 277.50 | | $185.00-$360.00 |
| Staff | N/A | $150.00-$185.00 | $175-$275.00 | $ 196.25 | | $185.00-$360.00 |
| Paraprofessionals | N/A | $ 135.00 | $125-$175 | $ 142.50 | | $155.00-$175.00 |

Notes:

1. As noted above, J.H. Cohn standard billing rates are higher (on each category) than the average rates of the firms consulted above and higher than the average of the three cases.