Case:10-08844-MCF11   Doc#:333-12   Filed:02/04/11   Entered:02/04/11 19:41:07   Desc:
Exhibit L - Estimation of Fees of Kilpatrick   Page 1 of 2

EXHIBIT L

Charles Cuprill

| | |
|---|---|
| From: | cacuprill@cuprill.com |
| Sent: | Wednesday, January 26, 2011 12:25 PM |
| To: | Edgardo Mu?oz |
| Cc: | Director de Fianzas Julio Colon; Luis Carrasquillo; Luis C. Marini Biaggi; Charles A. Cuprill-Hernández |
| Subject: | Fw: |

Edgardo:

Please provide.
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Bernardino, Colin" <CBernardino@kilpatricktownsend.com>
Date: Wed, 26 Jan 2011 11:21:33
To: 'cacuprill@cuprill.com'<cacuprill@cuprill.com>
Cc: Director de Fianzas Julio Colon<jcolon@hospitaldamas.com>; LuisCarrasquillo<luis@cpacarrasquillo.com>; Charles A. Cuprill-HernÃ¡ndez<ccuprill@cuprill.com>; Meyers, Todd<TMeyers@kilpatricktownsend.com>; 'Edgardo Munoz'<emunoz@emunoz.net>
Subject: RE:

SUBJECT TO FRE 408

Without getting into whether you correctly understand my firm's timekeeping and accounting procedures, my firm's fees and expenses through December 2010 total approximately $275,000. Presumably you also need information from the Committee's local counsel.  You may have already asked Mr. Muñoz for this information.  If not, I am copying Mr. Muñoz on this email so that he may respond as he sees fit.


Colin Bernardino
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street | Atlanta, GA 30309-4528 office 404 532 6949 | cell 404 840 9188 | fax 404 541 4624 cbernardino@kilpatricktownsend.com | www.kilpatricktownsend.com


-----Original Message-----
From: cacuprill@cuprill.com [mailto:cacuprill@cuprill.com]
Sent: Tuesday, January 25, 2011 4:11 PM
To: Bernardino, Colin
Cc: Director de Fianzas Julio Colon; Luis Carrasquillo; Charles A. Cuprill-Hernández
Subject:

Again mr. Colón needs the fees and expenses incurred by your firm up to December 31, 2010. This is something you can obtain from your office's system. Mr. Colón doesn't need your firm's application.
Sent via BlackBerry by AT&T

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney

work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.