UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: HOSPITAL DAMAS INC
**Case Number**: 10-08844-MCF11   **Chapter**: 11
**Date / Time / Room**: 2/10/2011 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: MILAGROS IRIZARRY
**Reporter / ECR**: JOSE GRAZIANI

## Matter:

APPLICATION TO EMPLOY J.H. COHN LLP AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (#302)

## Appearances:

CHARLES ALFRED CUPRILL - ATTORNEY FOR THE DEBTOR
COLIN M BERNARDINO - UNSECURED CREDITORS COMMITTEE
JOSE C DIAZ - US TRUSTEE
LUIS MARINI - BPPR

## Minutes of Proceedings:

**ORDER**

Based on the documents and the proffers made in Court by the parties, the Court is going to schedule an evidentiary hearing to determine the reasonability of JHC fees. The unsecured creditors committee has the burden of proof to demonstrate: 1) The prevailing local fees and; 2) whether JHC's fees are reasonable in comparison to the prevailing local fees; or 3) the lack of locally available expertise which may warrant a deviation of the prevailing local fees. The parties are to submit a list of witness and exhibits by 2/17/2011. The evidentiary hearing is scheduled for 2/28/2011 at 9:30 AM. The Court orders a transcript of this proceeding for the record.

In the meantime, parties are free to discuss among themselves possible agreements, stipulations or settlements.

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Court