IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 10-08844 MCF

HOSPITAL DAMAS INC

Chapter 11

XXX-XX3310

FILED & ENTERED ON 02/17/2011

Debtor(s)

### ORDER & NOTICE RESCHEDULING HEARING

The hearing on Disclosure Statement and confirmation of Chapter 11 Plan scheduled for 02/24/2011 at 09:30 A.M. is hereby cancelled. The same is hereby rescheduled for 06/09/2011 at 09:30 A.M., at the U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom 5, Fifth Floor, Old San Juan, Puerto Rico.

The Clerk shall notify all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of February, 2011.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

c: All creditors