IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**: | |
| **HOSPITAL DAMAS, INC.** | CASE NO. 10-08844(MCF) |
| **Debtor** | Chapter 11 |

## NOTICE OF APPEARANCE OF CREDITOR AND COUNSEL
## AND REPLY TO OBJECTION TO PROOF OF CLAIM NUMBER 63

COMES NOW the appearing creditor, **Miguel A. Robles Lugo**, through the undersigned legal counsel and respectfully STATES and PRAYS:

1. The appearing creditor will be represented in the above captioned case by the undersigned counsel, and hereby requests that he be served with all notices, orders and pleadings to the following electronic address:     mrodz.esq@gmail.com

2. On February 3, 2011, Debtor filed an Objection to Proof of Claim Number 63.

3. This objection was notified to Mr. Robles by mail, therefore his reply should be filed within thirty (30) days, plus three (3) additional days, pursuant to Fed. R. Bank. P. 9006(f).

4. Thus, Mr. Robles's reply and our notice will be filed in compliance with the aforementioned Rule.

5. Mr. Robles has authorized us to inform the Court, that he now understands his classification of his claim as "secured" was an involuntary error and therefore, will not oppose a "unsecured claim" reclassification.

6. Once reclassified, we pray the Court will allow Mr. Robles's claim to proceed its standard course, as an unsecured claim.

**WHEREFORE**, the appearing creditor, **Miguel A. Robles Lugo**, respectfully requests this Honorable Court to take notice of the above mentioned and grant the reclassification of his Proof of Claim as an unsecured claim.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 4th day of March 2011, date on which I HEREBY CERTIFY that the present document was filed via the CM/ECF System, which will send notification to the US Trustee and all CM/ECF participants.

        **s/María de L. Rodríguez-Berríos**
        USDC-PR 227213
        Attorney for Creditor - Miguel A. Robles Lugo
        PO Box 367480
        San Juan PR 00936-7480
        T-787-207-7399
        F-787-772-4817
        mrodz.esq@gmail.com