## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

**HOSPITAL DAMAS, INC.**

Debtor

CASE NO.  10-08844 (MCF)

CHAPTER 11

## NOTICE AND CERTIFICATE OF MAILING

### TO:   CREDITORS AND PARTIES IN INTEREST:

As required by Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure, you are hereby notified that on March 17, 2011, Charles A. Cuprill Hernández, P.S.C. Law Offices ("Applicant") has filed its second application for interim compensation ("Application") in the above captioned case, covering the period of December 7, 2010 to March 15, 2010, for $81,195.00 for fees, plus expenses incurred for $3,027.51 for a total due Applicant of $84,222.51.  The original of the Application and exhibits thereto are on file with the Clerk of the Court, where they can be examined. Within twenty (20) days after service of this Notice and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if served by mail, any creditor or party in interest served, or any other party who objects to the Application, shall serve and file an objection thereto with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico and on the undersigned counsel. If no objection or other response is filed within the time allowed herein, the Application will be deemed unopposed. If you file a timely objection to the Application, the same will be scheduled to be heard before the Honorable Mildred Caban Flores at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, Old San Juan, Puerto Rico.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Trustee, and all participants of CM/EMF. On this date copy of only this notice without the creditors list was sent by U.S. mail to all creditors and parties-in-interest as per attached list.

San Juan, Puerto Rico, this 17th day of March, 2011.

*s/* **CHARLES A. CUPRILL- HERNÁNDEZ**
**USDC-PR 114312**
356 Fortaleza St., Second Floor
San Juan, P.R. 00901
Tel. (787) 977-0515/ Fax. (787) 977-0518
E-Mail: ccuprill@cuprill.com

Label Matrix for local noticing
0104-3
Case 10-08844-MCF11
District of Puerto Rico
Old San Juan
Thu Oct 28 11:02:24 AST 2010

Infomedika, Inc.
PO Box 11095
Caparra Heights Sta.
San Juan, PR 00922-1095

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

A.A.A
P.O. BOX 1828
Ponce, PR 00733

ABCON MEDIA (P.R.),INC.
P.O. BOX 195197
San Juan, PR 00919-5197

ADT SIMPLEX
P.O. BOX 366758
San Juan, PR 00936-6758

AIR-CON, INC.
CENTRO DE DISTRIBUCION PONCE
EDIFICIO 2, SECCION 3 LOCAL 53
Ponce, PR 00717

ALEXIS MATOS
URB. BELLA VISTA
CALLE B # A-49
Ponce, PR 00716-2525

AMERICAN LIFE ASSURANCE CO.
2175 AVE. LAS AMERICAS
Ponce, PR 00717-0736

ANASTACIO CINTRON ECHEVARRIA
C/O LCDO. FELIX A. TORO, JR.
P.O. BOX 7719
Ponce, PR 00732-7719

BORSCHOW HOSPITAL & MEDICAL SUPPLIES INC
OSVALDO TOLEDO MARTINEZ ESQ
PO BOX 190938
SAN JUAN, PR 00919-0938

LABORATORY CORPORATION OF AMERICA
C/O SERGIO RAMIREZ
SUITE 1133 POPULAR CENTER
209 MUNOR RIVERA AVE
SAN JUAN, PR 00918-1000

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

A.E.E.
P.O. BOX 7366
Ponce, PR 00732-7366

ABIGAIL ZAYAS TORRES
C/O LCDO. GILBERTO RODRIGUEZ
2643 CALLE MAYOR
Ponce, PR 00717-2072

ADVANCE MEDICAL ADMINISTRATOR,
1326 CALLE SALUD
COND. EL SEORIAL OFIC. 408
Ponce, PR 00717-1689

ALADDIN TEMP-RITE PR, INC.
P.O. BOX 19411
San Juan, PR 00910-1411

ALIUS BRANDING CORP.
PMB 360
ESMERALDA SUITE 102
Guaynabo, PR 00969

ANALINA APONTE C O DENNIS CRUZ
LA RAMBLA PLAZA SUITE 211
606 AVE TITO CASTRO
PONCE PR 00716-0205

ANGEL A. TORRES AVILES
C/O LCDO. CELSO FELICIANO
8182 CALLE CONCORDIA
Ponce, PR 00717-1583

HOSPITAL DAMAS INC
2213 PONCE BY PASS
PONCE, PR 00717-1313

UNITED SURETY & INDEMNITY COMPANY
SALDANA & SALDANA-EGOZCUE, PSC
208 PONCE DE LEON AVE.
SUITE 1420
SAN JUAN, PR 00918-1019

A TECH FOR OFFICE
P.O. BOX 211
1575 AVE MUOZ RIVERA
Ponce, PR 00717-0211

ABBOTT LABORATORIES PR INCORP.
P.O. BOX 71469
San Juan, PR 00936-8569

ACTIVE SALESMEN COMPANY, INC
NUM.5 LA BRISA
SABANA LLANA IN
San Juan, PR 00924-3834

AIDA ALBINO
LOS CAOBOS
CALLE GUAMA 1861
Ponce, PR 00716-2641

ALCON P.R., INC.
P.O. BOX 363791
San Juan, PR 00936-3791

ALPHAMEGA COMMUNICATION, INC.
HC 01 BOX 1814
Boqueron, PR 00622

ANALISTAS Y OFICINISTAS
C/O AIDA ALBINO
LOS CAOBOS, C/GUAMA 1861
Ponce, PR 00717

ANTONIO MARTI MATOS
HC 01 BOX 9517
Penuelas, PR 00624-9741

| | | |
|---|---|---|
| ARCADIO BERDECIA DAVID<br>C/O LCDA. MARIA V. IRIZARRY<br>C/SAN JOSE #50, APTDO. 692<br>Aibonito, PR 00705-0692 | AT & T MOBILITY (PR)<br>P.O. BOX 192830<br>San Juan, PR 00919-2830 | ATLANTIC MASTER PARKING SVCS<br>PLAZA RIO HONDO<br>SUITE 442-ZMS<br>Bayamon, PR 00961-3100 |
| AUTOMATIC ACCESS SYSTEM, INC.<br>PMB 350 - 2535<br>ROAD 2 SUITE 15<br>Bayamon, PR 00959-5259 | BALLESTER HERMANOS, INC.<br>P.O. BOX 364548<br>San Juan, PR 00936-4548 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. 366818<br>San Juan, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan, PR 00936-2708 | BARD INTERNATIONAL, INC.<br>111 SPRING STREET<br>New Providence, NJ 07974-1146 | BASILDES RAMOS JIMENEZ<br>C/O LCDO. CARLOS J. CINTRON<br>130 W. CHURCHILL AVE., PMB 115<br>San Juan, PR 00926-6065 |
| BAXTER SALES CORPORATION<br>REXCO INDUSTRIAL PARK STATE<br>ROAD 24 BUCHANAN<br>GUAYNABO PR 00968 | BECKMAN COULTER, INC.<br>P.O. BOX 71312<br>San Juan, PR 00936-8412 | BIO MEDICAL APPLICATIONS PR<br>P.O. BOX 195158<br>San Juan, PR 00919-5158 |
| BIO-NUCLEAR<br>P.O. BOX 190639<br>San Juan, PR 00919-0639 | BIO-RAD LABORATORIES, INC.<br>CLINICAL DIAGNOSTICS DIVISION<br>DEPT. 9740<br>Los Angeles, CA 90084-0001 | BIOMET ORTHOPEDIC, P.R., INC.<br>P.O. BOX 363926<br>San Juan, PR 00936-3926 |
| BLUE CROSS/BLUE SHIELD<br>TRIPLE S SALUD-BLUE CARD<br>P.O. BOX 70299<br>San Juan, PR 00936-8299 | BORSCHOW HOSPITAL MED. SUP.<br>P.O. BOX 366211<br>San Juan, PR 00936-6211 | BOSTON SCIENTIFIC DEL CARIBE<br>TORRE CHARDON BUILDING<br>350 CHARDON AVE. SUITE 1001<br>San Juan, PR 00918-2151 |
| BPA OFFICE SUPPLY<br>P.O. BOX 10611<br>Ponce, PR 00732-0611 | CADWELL LABATORIES, INC.<br>909 N. KELLOGG STREET<br>Kennewick, WA 99336-7688 | CARDINAL HEALTH P.R., INC.<br>P.O. BOX 71438<br>San Juan, PR 00936-8538 |
| CARDINAL HEALTH PR, INC.<br>P.O. BOX 71438<br>San Juan, PR 00936-8538 | CARDINAL HEALTH, INC.-BORSCHOW<br>CENTRO INT'L DE DISTRIBUCION<br>EDIF.#10, CARR. 869, KM. 4.2<br>Guaynabo, PR 00965 | CARDIOPULMONARY ORGANIZATION<br>P.O. BOX 981<br>Adjuntas, PR 00601-0981 |
| CARDIOPULMONARY ORGANIZATION<br>URB. LOMA LINDA CALLE 1 #3<br>Adjuntas, PR 00601 | CARLOS APONTE CO DENNIS CRUZ<br>LA RAMBIA PLAZA STE 211<br>606 AVE TITO CASTRO<br>PONCE PR 00716 0205 | CARLOS SANTOS MONTES<br>C/O LCDO. JOHNNY OCASIO<br>C/SALMON #45A PLAYA DE PONCE<br>Ponce, PR 00734 |
| CARRIER DE PUERTO RICO<br>P.O. BOX 9357<br>San Juan, PR 00908-0357 | CATACHEM LATIN AMERICA<br>CARR.140 KM 64.5 INTERIOR<br>Barceloneta, PR 00617 | CBC OFFICE PRODUCTS, INC.<br>P.O. BOX 336399<br>Ponce, PR 00733-6399 |

CFSE
P.O. BOX 365028
San Juan, PR 00936-5028

CIRACET, CORP.
P.O. BOX 8420
Ponce, PR 00732-8420

COLLECTION TECHNOLOGY, INC.
99 EAST PROVIDENCIA AVE.
Burbank, CA 91502-1920

CONFESORA QUIONES C/O ULEES
CALLE HECTOR SALAMAN #354
URB. LA MERCED
San Juan, PR 00918-2111

CONVATEC III
P.O. BOX 905769
Charlotte, NC 28290-5769

COOP. AHORROS Y CREDITO
P.O. BOX 7862
Ponce, PR 00732-7862

COOP. DE SEGUROS DE VIDA PR
P.O. BOX 71362
San Juan, PR 00936-8462

COVIDIEN
ROAD #869 KM.2.0 LOCAL 1
BO. PALMAS
Catano, PR 00962

COVIDIEN (TYCO HEALTHCARE)
GPO BOX 71416
San Juan, PR 00936-8516

CRIM
LEGAL COUNSEL OFFICE
PO BOX 195387
SAN JUAN PR 00919-5387

DAMARIS GONZALEZ
C/O LCDO. CARLOS GARCIA
P.O. BOX 800296
Coto Laurel, PR 00780-0296

DAMAS SURGICENTER CORP.
2213 PONCE BY PASS
Ponce, PR 00717-1318

DEBORAH J. NORMAN ELDREDGE
C/O LCDO. ANGEL A. BELLO
P.O. BOX 62
Guayama, PR 00785-0062

DELTA DENTAL PLAN
P.O. BOX 9020992
San Juan, PR 00902-0992

DENISE APOTE CO DENNIS CRUZ
LA RAMBIA PLAZA STE 211
606 AVE TITO CASTRO
PONCE PR 00716 0205

DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (424-B)
P.O. BOX 9024140
San Juan, PR 00902-4140

DEPARTAMENTO DE HACIENDA DE PR
P.O. BOX 9022501
San Juan, PR 00902-2501

DEPARTAMENTO DEL TRABAJO
505 AVE. MUOZ RIVERA
San Juan, PR 00918-3352

DEYA ELEVATOR SERVICES, INC.
1913 PONCE DE LEON AVE
P.O. BOX 362411
San Juan, PR 00936-2411

DIAGNOSTIC IMAGING SUPPLY SERV
P.O. BOX 11923
San Juan, PR 00922-1923

DIVERSIFIED COLLECTION SERVICE
333 NORTH CANYONS PARKWAY
SUITE 100
Livermore, CA 94551-9480

DORA A. AREIZAGA GARCIA
DORAL PLAZA BLDG.
SUITE 108 MENDEZ VIGO ST.
Mayaguez, PR 00680

DR. EDILBERTO AYALA
C/O LCDO. JOSE F. VELAZQUEZ
CALLE SOL NUM. 37
Ponce, PR 00730-3735

DR. PEDRO N. FARINACCI
PMB 128
P.O. BOX 2000
Mercedita, PR 00715-8000

DR. RAFAEL L. OMS
EDIFICIO PARRA
2225 PONCE BY PASS
Ponce, PR 00717-1321

DR. RAFAEL MENDEZ RODRIGUEZ
C/O LCDA. MIRIAM GONZALEZ
P.O. BOX 9023998
San Juan, PR 00902-3998

DRA. GLORIMAR VELAZQUEZ
PASEO LA PRINCESA EDIF 2105
APTO 104 CALLE MONACO
Ponce, PR 00716

EBI PATIENT CARE, INC.
1 ELECTRO-BIOLOGY BLVD.
LOS FRAILES IND. PARK
Guaynabo, PR 00968

EDUARDO COLON BORRERO
C/O LCDO. RAFAEL E. TORRES
P.O. BOX 330644
Ponce, PR 00733-0644

EDWARD JAVIER PEREZ
C/O LCDO. JAVIER MENDEZ
P.O. BOX 331041
Ponce, PR 00733-1041

EDWARD LIFESCIENCE
21454 NETWORK PLACE
Chicago, IL 60673-0001

ELENA NIEVES RIVERA
C/O LCDO. RAUL DAVILA
351 CALLE TETUAN SUITE 3-A
San Juan, PR 00901-1934

ELIZABETH ESPADA
C/O LCDO. GLEN CARL JAMES
PMB 501 1353 RD 19
Guaynabo, PR 00965-2700

ELSA DEL CELIS BERMUDEZ
C/O LCDO. JOSE A. RUIZ RIVERA
P.O. BOX 120
Mercedita, PR 00715-0120

ELSIE SUAREZ C/O ULEES
CALLE HECTOR SALAMAN #354
URB. LA MERCED
San Juan, PR 00918-2111

EMI SECURITY SERVICES, INC.
P.O. BOX 1856
Yauco, PR 00698-1856

EMIFEL NARVAEZ
C/O LCDO. RAFAEL E. GARCIA
206 CALLE TETUAN SUITE 701
San Juan, PR 00901-1839

EOM MEDICAL CORP
AVE. JESUS T. PINERO 256-B
UNIVERSITY GARDENS
San Juan, PR 00927

EYE TECH COMPANY
P.O. BOX 9370
PLAZA CAROLINA STATION
Carolina, PR 00988-9370

FELICITA COLON AND OTHERS
C/O LCDA. YADIRA MANFREDY
2905 AVE EMILIO FAGOT
Ponce, PR 00716-3613

FELIPE NUEZ LOPEZ
C/O LCDO. FERNANDO J. FORNARIS
P.O. BOX 364966
San Juan, PR 00936-4966

FELIX ROSALY VAZQUEZ
C/O LCDO. JOSE R. GOYCO AMADOR
2116 AVE. LAS AMERICAS
Ponce, PR 00717-0722

FELIX VALOY OCASIO
C/O LCDO. HECTOR L.MORENO LUNA
P.O. BOX 1364
Utuado, PR 00641-1364

FENWAL, INC.
THREE CORPORATION DRIVE
Lake Zurich, IL 60047-8930

FERDINAND MARTINEZ SOTOMAYOR
C/O LCDO. FELIX A. TORO JR.
P.O. BOX 7719
Ponce, PR 00732-7719

FERGUSON CESCO, INC.
P.O. BOX 361312
San Juan, PR 00936-1312

FIREMAN'S FUND INSURANCE CO.
777 SAN MARINO DR.
Novato, CA 94998-0001

FIRST HOSPITAL PANAMERICANO
BOX 1400
Cidra, PR 00739-1400

FULLER BRUSH
P.O. BOX 362617
Saint Louis, MO 63179-0403

FUNDACION DAMAS, INC.
2213 PONCE BY PASS
Ponce, PR 00717-1318

GE HEALTHCARE OF P.R., CORP
AMERSHAM
PO BOX 71223
San Juan, PR 00936-8723

GEORGINA LOPEZ
CO LCDO JUAN E MEDINA
2140 AVE LAS AMERICAS
PONCE PR 00717-0722

GINA BAUZA
BO. LA PONDEROSA
CALLE LAREDO #620
Ponce, PR 00730-4100

GLORIA L. RIVERA DAVID
C/O LCDA. HILDA E. COLON
P.O. BOX 219
Barranquitas, PR 00794-0219

GOLDEN INDUSTRIAL LAUNDRY, INC
P.O. BOX 7696
Ponce, PR 00732-7696

GOMEZ BUS LINE, CO.
HC 06 BUZON 2225
Ponce, PR 00731-9612

GRAVITY MEDIA GROUP, INC.
400 CALLE CALAF
PMB 327
San Juan, PR 00918-1314

GUALBERTO DIAZ
1681 Lena Street
Urb. El Cerezal
San Juan, PR 00926-3030

GUALBERTO DIAZ TORRES
1681 LENA GUALBERTO DIAZ TORRES
URBS EL COROZAL
SJ PR 00926

GUIDANT PUERTO RICO SALES CORP
TORRES CHARDON BUILDING
SUITE 1001-350 AVE. CHARDON
San Juan, PR 00918

HASLER FINANCIAL SERVICES, LLC
3400 BRIDGE PARKWAY
SUITE 201
Redwood City, CA 94065-1195

HIM ON CALL, INC.
1033 HAMILTON STREET
Allentown, PA 18101-1081

HOME DEPOT
P.O. BOX 9055
Des Moines, IA 50368-9055

HOSPITAL DR. PILA
P.O. BOX 331910
Ponce, PR 00733-1910

HOSPITAL SAN LUCAS II
P.O. BOX 336810
Ponce, PR 00733-6810

IMPERIAL CREDIT CORPORATION
101 HUDSON ST., 33rd FL.
Jersey City, NJ 07302-3993

IMPRENTA LLORENS, INC.
HC-03 BOX 12149
Juana Diaz, PR 00795-9449

IMPRENTA QUIONES
BOX 331102
Ponce, PR 00733-1102

INFOMEDIKA, INC.
PO BOX 11095
CAPARRA HEIGHTS STATION
San Juan, PR 00922-1095

INO THERAPEUTICALS, LLC
6 STATE ROUTE 173
Clinton, NJ 08809-1269

INOTHERAPEUTICS
6 STATE ROUTE
173-CLINTON
Clinton, NJ 08809

INSTITUTO EMERGENCIAS MEDICAS
CORT. 4 HH5
ALTURAS DE BORINQUEN GARDENS
San Juan, PR 00929

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

IRVING CASIANO NIEVES
C/O LCDO. FERMIN L. ARRAIZA
#2 AVE. PONCE DE LEON, ST.720
San Juan, PR 00918-1611

ISLA LAB PRODUCTS CORP
PO BOX 361810
SAN JUAN PR 00936-1810

J & J MEDICAL CARIBBEAN
P.O. BOX 70304
San Juan, PR 00936-8304

JAIRO EVANS GOMEZ
C/O LCDO. DAVID F. CASTILLO
1506 PASEO FAGOT STE. 3
Ponce, PR 00716-2302

JOANNE MARTINEZ
HC 08 BOX 951
Ponce, PR 00731-9485

JOEL LUCIANO CARABALLO
C/O LCDO. HATUEY INFANTE
P.O. BOX 29314
San Juan, PR 00929-0314

JORGE VAZQUEZ
BO CLAUSELLS CALLE 25
Ponce, PR 00731

JOSE O. ALVERIO DIAZ
C/O LCDO. CARLOS M. ORTIZ
CALLE HATILLO #55
San Juan, PR 00918-4400

JOSE SANTIAGO, INC.
P.O. BOX 191795
San Juan, PR 00919-1795

JUAN ORTA RODRIGUEZ
C/O LCDO. LUIS R. RIVERA
EDIF. CAPITAL CENTER SUITE 401
San Juan, PR 00918

JUANITA L. ORTIZ
CALLE LAS CARROZAS #2625
PERLA DEL SUR
Ponce, PR 00717-0429

JUSTO APONTE CO DENNIS CRUZ
LA RAMBIA PLAZA STE 211
606 AVE TITO CASTRO
PONCE PR 00716 0205

L & M SALES AND SERVICES, INC
P.O. BOX 1394
Hormigueros, PR 00660-5394

LA CRUZ ROJA AMERICANA DE PR
P.O. BOX 905890
Charlotte, NC 28290-5890

LA ELECTRICAL, INC.
P.O. BOX 1625
Ponce, PR 00733-1625

LABORATORIO CLINICO ANALITICO
1326 CALLE SALUD # 309
Ponce, PR 00717-1689

LABORATORIO VASCULAR
CLINICO PONCE, INC.
P.O. BOX 7123
Ponce, PR 00732-7123

LABORATORY CORP OF AMERICA
P.O. BOX 12140
Burlington, NC 27216-2140

LANTHEUS MEDICAL IMAGING
RADIOPHARMACEUTICALS (BMS)
#150 FEDERICO COSTA SUITE #1
San Juan, PR 00918-1339

LIQUILUX GAS CORP.
P.O. BOX 7144
Ponce, PR 00732-7144

LIZBETH VARGAS COLON
C/O LCDO. DAVID EFRON
P.O. BOX 29314
San Juan, PR 00929-0314

LIZMAIRY GALARZA MUOZ
C/O LCDA. JESSICA E. PLANELL
P.O. BOX 9023926
San Juan, PR 00902-3926

LM WASTE SERVICE CORPORATION
PMB 123
BOX 7886
Guaynabo, PR 00970-7886

LOOMIS, FARGO & CO.
P.O. BOX 70282
San Juan, PR 00936-8282

LUIS F. TORRES
URB. SAN AUGUSTO
CALLE B A 14
Guayanilla, PR 00656

LUIS RAFAEL GONZALEZ
C/O LCDO. SANTIAGO MARI ROCA
P.O. BOX 1589
Mayaguez, PR 00681-1589

LUIS RAFAEL GONZALEZ COLON
C/O LCDO. SANTIAGO MARI ROCA
PO BOX 1589
MAYAGUEZ, PR 00681-1589

LUISA M. NARVAEZ POLA
C/O LCDO. JUAN H. SERRANO
P.O. BOX 331445
Ponce, PR 00733-1445

LYDIA RENTAS RUIZ
C/O LCDO. IVAN R. AYALA CRUZ
CALLE CASTILLO #1
Ponce, PR 00730-3824

MAILFINANCE
P.O. BOX 45850
San Francisco, CA 94145-0850

MANUEL C. LOPEZ MERCADO
C/O LCDO. ALEXIS PORRATA
P.O. BOX 1165
Salinas, PR 00751-1165

MANUEL TORRES CAMPOS
C/O LCDO. FELIX A. LIZASUAIN
P.O. BOX 3263
Guayama, PR 00785-3263

MAPFRE PUERTO RICO
P.O. BOX 70333
San Juan, PR 00936-8333

MARANGELI GONZALEZ RAMOS
C/O LCDO. HUMBERTO RIVERA
APARTADO 9035
Ponce, PR 00732-9035

MARCELO MONTES
C/O LCDO. CARLOS M. ORTIZ
CALLE HATILLO NUM. 55
San Juan, PR 00918-4400

MARIA SANTOS CALIZ
C/O LCDO. GAMALIER PAGAN
P.O. BOX 801052
Coto Laurel, PR 00780-1052

MARIA VELAZQUEZ SAEZ
C/O LCDA. NILSA C. MORALES
URB. COUNRTY CLUB,C/514, OE-6
Carolina, PR 00982-1812

MARITZA RODRIGUEZ
URB. JARDINES DE VILLALBA #10
Sabana Grande, PR 00637

MARSH SALDANA, INC.
P.O. BOX 9023549
San Juan, PR 00902-3549

ME SYSTEM, INC.
P.O. BOX 366003
San Juan, PR 00936-6003

MEDICAL BIOTRONIC, INC.
P.O. BOX 2952
Bayamon, PR 00960-2952

MEDIKA INTERNATIONAL
P.O. BOX 360888
San Juan, PR 00936-0888

MEDIQUANT, INC.
740 KENMAR INDUSTRIAL PARKWAY
Broadview Height, OH 44147-2920

MEDTRONIC,INC.
P.O. BOX 36389
San Juan, PR 00936-3829

MENACO CORP.
P.O. BOX 70183
San Juan, PR 00936-8183

MERINO DE PONCE, INC.
P.O. BOX 250
Ponce, PR 00734

MIGUEL A. ROBLES
P.O. BOX 7830
Ponce, PR 00732-7830

| | | |
|---|---|---|
| MIGUEL MORALES<br>C/O LCDO. CARLOS M. ORTIZ<br>CALLE COLL Y TOSTE NUM. 50<br>San Juan, PR 00918-4420 | MILDRED J. MAGE SOTO<br>C/O LCDO MANUEL SAN JUAN<br>P.O. BOX 9023587<br>San Juan, PR 00902-3587 | MILLENIUM SURGICAL DEVICE, INC<br>PMB 482<br>P.O. BOX 6400<br>Cayey, PR 00737-6400 |
| MMM HEALTHCARE, INC.<br>P.O. BOX 7114<br>San Juan, PR 00916-7114 | MP GROUP<br>100 GRAN BULEVAR PASEOS<br>SUITE 403-A<br>San Juan, PR 00926 | MR. PRICE<br>P.O. BOX 3852<br>Mayaguez, PR 00681-3852 |
| MUNDO RELACIONES PUBLICAS, INC<br>P.O. BOX 7663<br>Ponce, PR 00732-7663 | MYLKA ORTIZ RIVERA<br>C/O LCDA. ANA MARIA RAMIREZ<br>PMB 192, AVE. ALEJANDRINO 3071<br>Guaynabo, PR 00969-7035 | NIETOS EMERGENCY, ASSOC.<br>C/O AVILES, CRUZ Y ASSOC.<br>P.O. BOX 6255<br>Mayaguez, PR 00681-6255 |
| NILSA I. DIAZ RIVERA<br>C/O LCDA. LEIDA GONZALEZ<br>1295 AVE MUOZ RIVERA STE 3<br>Ponce, PR 00717-0793 | NITZA E. SANCHEZ RODRIGUEZ<br>C/O LCDO. MANUEL SAN JUAN<br>P.O. BOX 9023587<br>San Juan, PR 00902-3587 | NOEL IRIZARRY RIVERA<br>C/O LCDO. MARTIN GONZALEZ<br>P.O. BOX 5716<br>Ponce, PR 00733 |
| NORTHWESTERN SELECTA, INC<br>P.O. BOX 10718<br>CAPARRA HEIGHTS STATION<br>San Juan, PR 00922-0718 | OFFICETEK SYSTEMS, INC.<br>2980 AVE. EMILIO FAGOT<br>Ponce, PR 00716-3615 | OFICINA COMISIONADO SEGUROS<br>B5 CALLE TABONUCO<br>SUITE 216, PMB 356<br>Guaynabo, PR 00968-3022 |
| OLGA MALDONADO<br>C/O LCDO. RAFAEL E. GARCIA<br>206 CALLE TETUAN SUITE 701<br>San Juan, PR 00901-1839 | OLIVER EXTERMINATING<br>P.O. BOX 30586<br>Ponce, PR 00733-0586 | OLYMPUS LATIN AMERICAN, INC.<br>5301 BLUE LAGOON DRIVE<br>SUITE 290<br>Miami, FL 33126-2093 |
| OMAYRA ORTIZ DE JESUS<br>C/O LCDO. RAMON A. TORRES<br>C/VILLA 139 PLAZA SOL, ST.105<br>Ponce, PR 00730 | ONCURA AMERSHAM BUSINESS<br>P.O. BOX 643458<br>Pittsburgh, PA 15264-3458 | ORLANDO L. GUZMAN VILLANUEVA<br>C/O LCDO.JOSE A.MORALES BOSCIO<br>1454 AVE. FERNANDEZ JUNCOS<br>San Juan, PR 00909-2655 |
| P.R. HOSPITAL SUPPLY, INC.<br>P.O. BOX 158<br>Carolina, PR 00986-0158 | P.R. SALES & MEDICAL SERVICES<br>CAMPO RICO OFFICE PLAZA 10,000<br>AVE. ROBERTO SANCHEZ VILELLA<br>Carolina, PR 00983-2981 | PAN AMERICAN LIFE ISURANCE CO.<br>METRO OFFICE PARK 2<br>CALLE 1 SUITE 101<br>Guaynabo, PR 00968 |
| PARRA, DEL VALLE & LIMERES<br>P.O. BOX 331429<br>Ponce, PR 00733-1429 | PEDIATRIX GROUP OF P.R., PSC<br>P.O. BOX 281034<br>Atlanta, GA 30384-1034 | PELEGRINA MEDICAL INC<br>PO BOX 910<br>SAINT JUST PR 00978-0910 |
| PEPSI COLA PR DISTRIBUTING CO.<br>P.O. BOX 2600<br>Toa Baja, PR 00951-2600 | PETRO WEST PR, INC.<br>P.O. BOX 1256<br>Mayaguez, PR 00681-1256 | PHEAA<br>1200 N 7th ST.<br>Harrisburg, PA 17102-1444 |

PHILIPS MEDICAL SYSTEMS, INC
200 WINSTON CHURCHILL AVE.
SUITE 302
San Juan, PR 00926-6682

PONCE HILTON AND CASINO
P.O. BOX 7419
Ponce, PR 00732-7419

PONTIFICAL CATHOLIC UNIV OF PR
2250 AVE. LAS AMERICAS
SUITE 516
Ponce, PR 00717-0655

PRAXAIR DE P.R., INC.
P.O. BOX 307
Gurabo, PR 00778-0307

PREMIERE CREDIT NORTH AMERICA
P.O. BOX 19309
Indianapolis, IN 46219-0309

PRINT SOLUTIONS CORP
P.O. BOX 10401
Ponce, PR 00732-0401

PROG.ENFERMEDADES HEREDITARIAS
GPO BOX 70192
San Juan, PR 00936-8192

PROVISIONES LEGRAND
P.O. BOX 192217
San Juan, PR 00919-2217

PUERTO RICO BIOMEDICAL
P.O. BOX 4755
Carolina, PR 00984-4755

PUERTO RICO INTERNATIONAL SALT
P.O. BOX 1144
Mayaguez, PR 00681-1144

PUERTO RICO SURGICAL TECH
HC-72
BOX 3766-0324
Naranjito, PR 00719

PULMO LAB
EDIF. PARRA 2225
PONCE BY PASS
Ponce, PR 00717-1379

PULMONARY SERVICES
P.O. BOX 19870
FERNANDEZ JUNCOS STATION
San Juan, PR 00910-1870

RAFAEL BALZAC H/N/C MAS CAFE
URB. VALLE VERDE
1903 LA LUNA STREET
Ponce, PR 00716

RAMON RIVERA
PMB 205
P.O. BOX 7105
Ponce, PR 00732-7105

RAMONITA TORRES C/O ULEES
CALLE HECTOR SALAMAN #354
URB. LA MERCED
San Juan, PR 00918-2111

REFRICENTRO DE PONCE
1768 PONCE BY PASS
SUITE 101
Ponce, PR 00716-1901

REINA ARROYO
CALLE HECTOR SALAMAN #354
URB. LA MERCED
San Juan, PR 00918-2111

RIMACO, INC.
PO BOX 8895
FERNANDEZ JUNCOS STATION
San Juan, PR 00910-0895

RMC ORTHOPEDIC & SURGICAL
74 LOPATEGUI AVE.
SUITE 204
Guaynabo, PR 00969-3845

ROSA M. RIVERA ROSARIO
HC-02 BOX 9152
Aibonito, PR 00705-9648

ROSA SANTIAGO MALAVE
C/O LCDO. OSVALDO PEREZ
623 PONCE D LEON STE 601-602 A
San Juan, PR 00917-4820

ROSALINA RIVERA
C/O LCDO. CARLOS A. SOTO
P.O. BOX 800663
Coto Laurel, PR 00780-0663

RR DONNELLEY DE PUERTO RICO
ROAD 869 K.M. 1.5
ROYAL INDUSTRIAL PARK BLDG G L
Catano, PR 00962

RUBEN COTTO TORRES
C/O LCDO. JUAN R. RODRIGUEZ
P.O. BOX 7693
Ponce, PR 00732-7693

SANCHEZ FOODS
P.O. BOX 62
Mayaguez, PR 00681-0062

SANTIAGO AMBULANCE, INC.
P.O. BOX 590
Juana Diaz, PR 00795-0590

SARAH PAGAN EMANUELLI
C/O LCDO. JOSE F. VELAZQUEZ
CALLE SOL #37
Ponce, PR 00730-3735

SCC SOFT COMPUTER CONSULTANTS
5400 TECH DATA DR
Clearwater, FL 33760-3116

SEPTIX WASTE INC
PO BOX 490
MERCEDITA PR 00715-0490

SIEMENS HEALTHCARE DIAGNOSTICS
C/O BANK OF AMERICA LOCKBOX
13764 COLLECTIONS CENTER DRIVE
Chicago, IL 60693-0001

SIEMPRE VERDE
2108 CALLE GRANADA
URB.ALHAMBRA
Ponce, PR 00716-3822

SILVIA TORRES VAZQUEZ
C/O LCDO. DAVID F. CASTILLO
1506 PASEO FAGOT SUITE #3
Ponce, PR 00716-2302

SMART MEDICAL SOLUTION
130 WINSTON CHURCHILL
AVE. PMB 190
San Juan, PR 00926-6065

SMITH & NEPHEW, INC.
P.O. BOX 191952
San Juan, PR 00919-1952

SONIA HODGE
C/O LCDO. MANUEL SAN JUAN
P.O. BOX 9023587
San Juan, PR 00902-3587

SPECTRANETICS
96 TALAMINE COURT
Colorado Springs, CO 80907-5159

ST. JUDE MEDICAL P.R.
P.O. BOX 998
Caguas, PR 00726-0998

STEAMATIC
138 AVE. WINSTON CHURCHILL
San Juan, PR 00926-6013

STERICYCLE INC
28161 N KEITH DRIVE
LAKE FOREST IL 60045-4528

STRYKER INSTRUMENTS CORP.
P.O. BOX 3630
Carolina, PR 00984-3630

SUCN. JERRY RAMOS RUIZ
C/O LCDO. RAFAEL ELVIRA
2954 AVE EMILIO FAGOT
Ponce, PR 00716-3615

SUIZA DAIRY
PO BOX 363207
SAN JUAN PR 00936-3207

SUMARIE GARCIA SANTIAGO
C/O LCDA. KARIM M VALLE
PMB 608, 89 AVE DE DIEGO ST105
San Juan, PR 00927-6370

SURGYTEK OF P.R., INC.
PMB #474
200 AVE.RAFAEL CORDERO STE.140
Caguas, PR 00725-4303

SUSANA LAUDA D'ELIA
C/O LCDO. ROLANDO A. SILVA
61 AVE DE DIEGO SUITE 2-A
San Juan, PR 00911-1659

SYSTEM ONE, INC.
P.O. BOX 10567
CAPARRA HIGHTS STATION
San Juan, PR 00922-0567

SYSTRONICS DE PONCE, INC.
P.O. BOX 7205
Ponce, PR 00732-7205

TANIA RIVERA DE JESUS
P.O. BOX 800009
Coto Laurel, PR 00780-0009

TELEHEALTH SERVICE, INC.
AVENIDA FERNANDEZ JUNCOS #1653
San Juan, PR 00909-2859

THE BIG THINK GROUP
209 AVE. MUOZ RIVERA
San Juan, PR 00918-1000

THE GLIDDEN COMPANY
P.O. BOX 366273
San Juan, PR 00936-6273

TORT SOLA MEDICAL PRODUCTS,INC
352 SAN CLAUDIO AVE. BOX 219
San Juan, PR 00926-4143

TRICARE DE PR (CHAMPUS)
WISCONSIN PHYSICIAN SERVICES
P.O. BOX 7985
Madison, WI 53707-7985

TRIPLE-S
1046 AVE. HOSTOS SUITE 218
Ponce, PR 00716-1119

TRIPLE-S
P.O. BOX 363628
San Juan, PR 00936-3628

TRIPLE-S PROPIEDAD
1510 FD ROOSEVELT AVE.
Guaynabo, PR 00968-2602

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 105081
Atlanta, GA 30348-5081

ULEES
CALLE HECTOR SALAMAN #354
URB. LA MERCED
San Juan, PR 00918-2125

UNIDAD LABORAL DE ENFERMERAS
CALLE HECTOR SALAMAN #354
2DO PISO URB. LA MERCED
San Juan, PR 00918-2111

UNITED SURETY & INDEMNITY COMPANY
SALDANA & SALDANA-EGOZCUE, PSC
208 PONCE DE LEON AVE., SUITE 1420
SAN JUAN PR 00918-1019

UNIVERSAL CARE CORPORATION
PO BOX 1051
SABANA SECA PR 00952-1051

UP & DOWN INDOOR MEDIA
PMB 188 #405 AVE. ESMERALDA
SUITE 2
Guaynabo, PR 00969-4466

UROTECH INC
LAGUNA GARDENS SHOP CTR
10AVE LAGUNA SUITE 261
CAROLINA PR 00979 6494

V SUAREZ & CO INC (LEGRAND)
PO BOX 364588
SAN JUAN PR 00936-4588

VANEZA LOPEZ FONSECA
C/O LCDO. RAMON A. TORRES
CALLE VILLA #139, SUITE 105
Ponce, PR 00730-4871

VASCULAR SOLUTIONS, INC.
DEPT. CH 17187
Palatine, IL 60055-7187

VERPAS PRODUCTS INC.
P.O. BOX 29410
San Juan, PR 00929-0410

VIRGENMINA VEGA BODON
C/O LCDO. JUAN H. SERRANO
P.O. BOX 331445
Ponce, PR 00733-1445

VITALIFE, INC.
1590 CALLE CAVALIERI
San Juan, PR 00927-6129

W.L. GORE & ASSOCIATES, INC.
1500 NORTH 4TH ST.
DOCK #3
Flagstaff, AZ 86004

WALESKA BENNAZAR ALCOVER
C/O LCDO. JOSE E. COLON RODRIGUEZ
PO BOX 9024024
SAN JUAN, PR 00902-4024

WINOC ROBLES LEDEY
C/O LCDA. YADYRA MANFREDY
2905 AVE. EMILIO FAGO
Ponce, PR 00716-3613

WM FOOD SERVICES CORPORATION
URB. TERRA SEORIAL
CALLE MINORCA #10
Ponce, PR 00731

WORLDNET TELECOMMUNICATIONS
P.O. BOX 70201
San Juan, PR 00936-8201

BAUDILIO LUCIANO-ORTIZ
BANCO POPULAR CENTER, SUITE 1133
209 MUNOZ RIVERA AVE.
SAN JUAN, PR 00918-1000

CHARLES ALFRED CUPRILL
CHARLES A CURPILL, PSC LAW OFFICE
356 CALLE FORTALEZA
SECOND FLOOR
SAN JUAN, PR 00901-1717

GLORIA L. RIVERA DAVID
c/o LCDO. JOSE A. SANTINI BONILLA
PO BOX 552
AIBONITO, PR 00705-0552

JOEL LUCIANO CARABALLO
BANCO POPULAR CENTER, SUITE 1133
209 MUNOZ RIVERA AVE.
SAN JUAN, PR 00918-1000

JORGE GUZMAN VILLARONGA
PO BOX 9023998
SAN JUAN, PR 00902-3998

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

Rafael E Garcia Rondon
Banco Popular Puerto Rico
206 Tetuan Street
7th Floor Suite 701
San Juan, PR 00901-1870