IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| HOSPITAL DAMAS, INC. | Case No. 10-08844 mcf |
| Debtor | Chapter 11 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Comes now creditor Beckman Coulter Puerto Rico, Inc (BCPR), through its undersigned attorneys and respectfully states as follows:

It is respectfully requested that an appearance by Liza María Delgado-González, Esq. from the law firm of Mellado & Mellado-Villarreal be entered on behalf of BCPR for all legal purposes.

WHEREFORE it is respectfully requested that this Honorable Court take notice of appearing counsel and grant this Motion.

I HEREBY CERTIFY that on this same date I electronically field the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee

In San Juan, Puerto Rico, March 31, 2010.

s/ Liza María Delgado-González
Liza María Delgad0-González, 228402
Attorney for Creditor BCPR
MELLADO & MELLADO-VILLARREAL
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico  00917-1233
Tel. 787-767-2600/Fax 787-767-2645
E-mail ldelgado@mellado.com