```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF PUERTO RICO
```

**IN RE:**

**HOSPITAL DAMAS, INC.**            **CASE NO. 10-08844 MCF**
                                    **CHAPTER 11**
Debtor
****************************

**LILLIAM CINTRÓN TORRES**
**ET ALS**

Movant

## MOTION TO REQUEST PERMISSION TO WAIVE FEES

**TO THE HONORABLE COURT:**

Comes now, Lillian Cintron Torres through the undersigned attorney and very respectfully state and request relief as follows:

1. On November 4, 2010, an order was entered and the stay was modified to allow the Court of First Instance of Puerto Rico, Ponce Section to enter a judgment in case number J DP2000-0068, prior Debtors consent to the modification. **(Docket 150)**

2. According to procedure movant paid filing fees of $150.00.

3. This date a motion to extend lift to appellate procedure was filed. **(Docket 574)**

**WHEREFORE,** It is requested that the Court, in view of the above requests the Court to grant this motion, and give permission to waive fees in consideration that is an extension to the stay that was lifted prior filling fees was paid.

2

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I HEREBY CERTIFY THAT on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Debtor's Attorney Charles A. Cuprill, Esq., Monsita Lecaroz Arribas, Edgardo Muñoz, Esq., and Todd C. Meyer, Esq., of such filing to all parties in interest.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico this May 30, 2011.

> **IVELISSE TORO ZAMBRANA**
> Federal Bar no. 214513
> Attorney for movant
> Postal PO Box 7719
> Ponce, Puerto Rico 00732
> Tel. 787-844-5770
> Fax 787-842-4664
> Email <fatoro@prtc.net>
> **S/ IVELISSE TORO ZAMBRANA**